*Court Copy*

**FILED**

FEB 10 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Wayne D. Smith
P.O. Box 335
Georgetown, Ca. 95634
Ph# (530) 615-8314

## UNITED STATES DISTRICT COURT IN AND FOR

## THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE D. SMITH<br>Plaintiff, In Pro-Se, <br><br>Vs. <br><br>OFFICER JOHN GIOVANNINI, BAGE NO. S1, PLACER COUNTY SHERIFF-CORORNER,MARSHAL,IN HIS INDIVIDUAL, CAPACITY; AND CHRISTOPHER CATTRAN, DEPUTY DISTRICT ATTORNEY INDIVIDUAL CAPACITY: , PLACER COUNTY JAIL, INDIVIDUAL CAPACITY , AND RICKY MARTINO, DEPUTY PROBATION OFFICER IN HIS INDIVIDUAL CAPACITY, AND JOHN C. ROGERS, P.C.;AKA, EAST BAY INVESTORS, IN HIS INDIVIDUAL CAPACITY; Defendants, ET.AL. | CASE: 2:15-CV-01410-TLN-AC (TEMP)<br>"Amended Complaint."<br>CIVIL RIGHTS COMPLAINT<br>PURSUANT TO 42, U.S.C. sec;<br>1983, et seq...<br>WITHIN PURVIEW OF,THUS:<br>U.S.C.A.'S, 1st,4th,5th BY NEXUS,<br>THE 8th,AND 14th,AMENDMENTS<br>TO THE CONSTITUTION OF ,<br>THE UNITED STATES OF,<br>AMERICA,PURSUANT TO<br>ARTICLE III,SEC;2 AND TITLE<br>II, ET,SEQ...;TITLE VI,SEC,601,<br>ET,SEQ. ;(R.I.C.O.) THE ACT,<br>TITLE 18,SEC'S, 1962,(a),(b),©,(d)<br>WITHIN PURVIEW, TITLE 18,-<br>SEC'S 1961,(2),(3),(4),(5),(8),<br>(JURY TRIAL DEMAND) |

Comes Now, The Plaintiff in the above entitled action, The Complaint is pursuant to this Courts, "ORDER" attached. RESPECTFULLY,Submitted this 8th day of Feb 2016, Plaintiff In -Pro-Se; _____ ,supra.....

Wayne D. Smith/Plaintiff In Pro-Se
P.O. Box 335
Georgetown, Ca. 95634
Ph. # (530) 615-8314



Case No. ~~2:14-~~ ~~01501-CEB-DAH~~ 2:15-CV-01410 TLN-AC

"AMENDED Complaint" (TEMD)

## JURISDICTION OF THE COURT

This Court has jurisdiction, pursuant to, The "AMENDMENTS OF THE

UNITED STATES CONSTITUTION" THUS: U.S.C.A.' $1^{st}, 4^{th}, 5^{th}$, by and through

The 8th, and 14th amendments, THUS: U.S.C.A.'S. Moreover, the plaintiff cites,

42, U.S. Sec's 1983 ET, Seq... Within Purview of Article III, Sec's 2 and Title II, ET,

Seq,...; TITLE VI, Sec's 601 ET, Seq..., (R.I.C.O.); " THE ACT" TITLE 18, Sec's 1962

(a),(b), c, (d), within purview of TITLE 18 Sec's 1961, (2),(3), (4),(5),& (8), Requesting

"JURY TRIAL DEMAND" THIS COURTS "ORDER" is attached hereto TOWARD

STANDING, within Statutory Construction ! The TOUCH STONE IS The 4TH,

AMENDMENT OF THE UNITED STATES CONSTITUTION, supra...!

///

Et, Seq...

**14-9496 MANUEL V. JOLIET, IL**

DECISION BELOW: 590 Fed. Appx. 641

LOWER COURT CASE NUMBER: 14-1581

QUESTION PRESENTED:

*RE: Jurisdiction*
*Case No. 2:15-cv-01410-*
*TLN AC PS (TEMP)*
*1. Amended Complaint*

The question presented is whether an individual's Fourth Amendment right to be free from unreasonable seizure continues beyond legal process so as to allow a malicious prosecution claim based upon the Fourth Amendment. This question was raised, but left unanswered, by this Court in *Albright v. Oliver*, 510 U.S. 266 (1994). Since then, the First, Second, Third, Fourth, Fifth, Sixth, Ninth, Tenth, Eleventh, and D.C. Circuits have all held that a Fourth Amendment malicious prosecution claim is cognizable through 42 U.S.C. § 1983 ("Section 1983"). Only the Seventh Circuit holds that a Fourth Amendment Section 1983 malicious prosecution claim is not cognizable.

CERT. GRANTED 1/15/2016

**10-788 REHBERG V. PAULK**

DECISION BELOW: 611 F.3d 828

LOWER COURT CASE NUMBER: 09-11897

QUESTION PRESENTED:

In *Briscoe v. LaHue*, 460 U.S. 325 (1983), this Court held that law enforcement officials enjoy absolute immunity from civil liability under 42 U.S.C. § 1983 for perjured testimony that they provide at trial. But in *Malley v. Briggs*, 475 U.S. 335 (1986), this Court held that law enforcement officials are not entitled to absolute immunity when they act as "complaining witnesses" to initiate a criminal prosecution by submitting a legally invalid arrest warrant. The federal courts of appeals have since divided about how *Briscoe* and *Malley* apply when government officials act as "complaining witnesses" by testifying before a grand jury or at another judicial proceeding. The question presented in this case is:

Whether a government official who acts as a "complaining witness" by presenting perjured testimony against an innocent citizen is entitled to absolute immunity from a Section 1983 claim for civil damages.

CERT. GRANTED 3/21/2011

—3-A—

2:15-CV-01410-TLN-AC

Case No. ~~2:15-cv-01410-GEB-CGH~~

PS - (TEMP)

"AMENDED Complaint"

## PARTIES IN THIS ACTION

1). Defendant: Officer John Giovannini, Placer County Sheriff, Coroner, Marshal, The arresting Officer named in This Case, Being Sued in His Individual Capacity, Now before this Court. BadgeNo.S1. Resides In the U.S./California, actively works In North Lake Tahoe, Kings Beach, Ca. Under the Control of The Placer County Sheriff Dept.

2). Defendant: Christopher Cattran, Deputy District Attorney, North Lake Tahoe, Ca. Prosecuting Attorney, Being Sue . INDIVIDUAL by: Named In this Cause of Action. Under the Control of the District Attorney Scott Owens, Barr # 146406,Placer County D.A.

3). Defendant: Placer County Jail,(Correction Center), Located In The City of Auburn, Ca. Being Sued In Their INDIVIDUAL, Named in This Cause of Action, Now Before this Court.

4). Defendant Ricky Martino, Deputy Probation Officer, Being Sued In His Individual Capacity. Under the control of Placer County, Resides in The State of California

5). Defendant: John C. Rogers, P.C. aka East Bay Investors, Does Business In The State of California, Is the President of East Bay Investors, Located In Incline Village, Nevada. Named in This Cause of Action is Being sued in His Individual Capacity.

6). Plaintiff: Wayne D. Smith, In Pro-Se; Resides in U.S/ Kelsey, California. At all Times relevant to this action Works as a U.S. Government Employee; Known as 008-TW1 (Maximus), Now Known as (BASS).

///

Wayne D. Smith
P.O. Box 335
Georgetown, Ca. 95634
Ph.# 530-615-8314

~ 3b ~

Wayne D. Smith                          Case No. 2:15-CV- 01410-TLN-AC-(TEMP)

P.O. Box 335                                  "Amended Complaint"

Georgetown, Ca. 95634

(530)-615-8314

## THE NATURE AND CAUSE OF THIS ACTION

¶        The Plaintiff Wayne Douglas Smith, Residing at Kelsey, Ca.; is a U.S. Born Citizen, Vietnam era Vet, U.S. Navy Honorable Discharged 1975, an of MOHAWK INDIAN Decent. Within the Scope of this Complaint Maintains His Residents as Such. (P), Suffers from two, Post Traumatic Surgeries. Upper clavicle Right shoulder replacement; and L4-S1, Anterior, Decompression Fusion, Implant Instrumentation, using the Iliac Chest Bone Graft. (P.) Has Been Certified Disabled and receiving SSA/SSI ongoing since 2006. Certified (ADA), via (THE ACT), Thereafter (P), Received his "TICKET TO WORK, Via SSA/ "AATAKE CHARGE" the Organization Known as "AA Take Charge". See also Addendum Exhibit's and Witness List (EWL), attached hereto. (EWL) Marked 008-TW1, exhibit's. (P) Graduated, to an Auspicious position contracted via "The Beneficiary Access Support Services –Program" , aka (BASS) a Congressionally Sanctioned, "Ticket To Work Program", also (EWL) Attached. Exhibit Marked ; 008-TW1! (maximus). The "Program", supra; Which in effect rendered (P), a Government Contracted employee.

¶      Plaintiff's Start Date for the Contract WAS 12/04/2012 THROUGH 7/03/2013,The

Contract TERMINATED UPON (P)'s FALSE ARREST AS "SUFFICIENTLY ALLEGED"

HEREIN, including "concise but Complete factual allegations describing the conduct

and events" as "ORDERED" by this Court. see also, "THE WORK INCENTIVES

IMPROVEMENT ACT OF 1999" ! (EWL) attached Marked 008-TW1 (MAXIMUS) hereto

for this Courts Screening of this "Amended Complaint". Note "A CONGRESSIONAL

ACT OF CONGRESS" aka (BASS).

¶ (P), Is Known By Confidential Contacts In All Law enforcement agencies named in Placer County Ca, Nevada County, and Eldorado Counties, Tri Counties "TASK FORCE" Agent's as 008-TW1 (Maximus)! From conception (P), has reported too all Law enforcement agencies Order's and/or responded, timely and made reports in procedure, Pursuant to any Intel Of Discovery, "Connected with the Contracts Activities 008-TW1! (MAXIMUS), Now Known as (BASS) (See also attached (EWL)



Wayne D. Smith                                    Case No.2:15-cv-1410 TLN AC (TEMP)

P.O. Box 335                                            "Amended Complaint"

Georgetown, Ca. 95634

PH# (530)615-8314

## ALLEGATIONS OF JURISDICTION

1).      Jurisdiction of this Court aforementioned is Based On The United

States Constitution, the Cited Statutes and Codes, all Individual Defendant's

In this Cause of Action are U.S. Citizens. The Amount In Controversy

exclusive of interest and cost exceeds $10,000.

2).  (P) alleges that on or about July 3rd,2013 while working under said U.S.
Government contract, located at 8258 North Lake Blvd. Kings Beach
California, aka "THE FALCON LODGE AND SUITES", in the parking lot an
automobile driven by Defendant "Officer Giovannini," approached the (P) and
rolled down his driver side window, complaining with a hot tempered
conversation. This Complaining Defendant stated "We Know what you are
doing here, Give me the keys, You are Under arrest" !  Herein an after known
as(G) all actions carried out were Under Color of Law.

3). Complaining Witness, supra, Defendant (G), proceeded in the parking lot

of said Lodge, to physically restrain (P) without probable cause, nor

"MIRANDA" (G) then "belly chained (P) and hand cuffed (P) and put shackles,

On (P)'s, ankles, all the while festivities and 4th of July party onlookers and

dozens of other folks were illegally parking their vehicles in said lodge

parking lot, all captured via video and audio surveillance by (P), as is custom

of U.S. Federal Government Contractors.

4). Complaining Witness, Defendant (G), proceeded to force (P),[sic],  "Tell
me where Your Vehicle is and Give me the Keys","(G), "Commanded"; all the
while (G) thrashed (P)'s physical Body around the parking lot, Rifle ling
through (P).s Pockets and Confiscating (P)'s electronic equipment. Noted
Equipment 1, Garmin GPS uplink Down Link, snapshot locator, and 1,
Samsung cell Phone with classified/Confidential Information.

Wayne D, Smith

P.O. Box 335

Georgetown, Ca. 95634

PH># (530)615-8314

Case No.2:14-cv-1410 TLN AC PS (TEMP)

Amended Complaint

5). Complaining witness, Defendant (G) Threw (P) into a Police vehicle, then (P) observed While (G) went inside the Falcon Lodge, thereafter (G), arrested Confiscated, (P) service Dog as well. (P) dog is identified in the addendum (EWL) attached.  Another Officer stood by and did nothing, witness identified as Deputy Officer Meguire, see also Exhibit #5, (EWL). Placer County Sheriff's Department, Continuation Report # SO13-6105. Pg,1&2.

6).  (G) Stated that (P) was a Transient, and took (P) Keys, not only the Motel Key To the Manager Office, additionally (P) Car Keys together with all of (P) communication devices. This also reflects the arresting officers, desire to chill (P's} ability to continue private communication's on (P), Federally Protected Job assignment on Site. A Violation of (P) First amendment Protect Right, To Communicate Freely while On the Job especially where; herein the Job is U.S. Government Contract under strict Supervision.

7). The complaining witness (G) treated the Owner of the Property Differently than (P), when in His "CRIME/INCEDENT REPORT" [sic] (G) stated, "I arrested Smith per the above charges and about an hour later witnessed Hodgson entering the Manager's Office." Owner of Property, Fred Hodgson the Contracted Employer, was only advised by (G) to [sic] "stay off the property".

8).  (G) complaining Witness the defendant, Has knowledge of the Fraudulent Conveyance of the "LODGE" via East Bay investors, (G) co-Conspirator's together with Witness Vicki Sandavol at the County Health Department therein North Lake Tahoe, Admittedly, Complaining witness (G), Stated [sic], " I e mailed Vicki Sandoval at the County Health Department requesting More Signage at The Falcon Lodge Prohibiting entry" These statement by (G) reflect the Desire for the Defendant to continue to "Chill" the (P's) constitutionally Protected Right to Work at His Contracted Job Site.



Wayne D. Smith

P.O. Box 335 Georgetown, Ca. 95634

Ph.# (530)615-8314

Case No. 2:15-cv-01410 TLN AC PS (TEMP)

9). (P), informed (G) of His "Right to remain silent, ect…" Because as (P), question (G), "WHY DID YOU NOT GIVE ME MIRANDA? during the events surrounding the said Contracted Falcon Lodge & Suites." Insight, and within earshot of several other unidentified Placer County Sheriff Officers, (G) Exclaims "I' am Going to kill You and Your Little Dog Too" !

10). (G) transported (P) to the North Lake Tahoe Substation, where upon arriving, (G) Ordered (P) to Sit on a Rock outside of Substation all the while being observed by several other uniformed officers of the Placer County Sheriff's Department, here (G) continued his interrogation and sitting just adjacent waiving and laughing and threatening (P), pointedly with a Steel Task Force Type Note Book, Writing up a False Criminal Felony report of Burglary against (P). See also Addendum, attached hereto properly marked (EWL) (Defendant (G) Initial Criminal Report, #1. Titled Placer County Sheriff/Coroner's Department 3100 Report # 13-7-3-6105, attached.

11). Complaining Witness (G) initiated a Criminal Prosecution against (P), by submitting a Legally Invalid arrest Warrant on July 3rd, 2013, and continued; When (G) perjuriously wrote up a second report on July 5th and submitted that as well, See (EWL) Defendant (G) Report #2. Submitted July 5th, 2013.

12). Complaining Witness Defendant (G), Physically Turned (P) over to the North Lake Tahoe Sheriff Department Custody Therein North Lake, and (P), was Booked into the Jail to await Arraignment and Trial for Felony Crimes reported by (G), Booking informed (P) that Charges Would be explained at (P)Arraignment. See also (EWL) Properly Marked (Defendant Complaining witness, (G) Reports 1 & 2.

13). Complaining Witness (G) has Knowledge of Motel Owner's IN North Lake Tahoe, two other "OWNERS" (G) was involved with in similar investigations and/or Fraudulent Conveyance Actions, for the Profit of Conspirators, Known as The "Tahoe Planning Commission and/or NORTH LAKE TAHOE RECLAMATION PROJECT, and "EAST BAY INVESTOR's" AND aka, JOHN C. ROGERS, President of EAST BAY INVESTORS; of WHOM it is alleged Have Committed. "FRAUDULENT CONVEYANCE OF SAID FALCON LODGE AND SUITES ON and Through out The Time frame of 12/2011-2014", as Witnesses in this cause of action may attest. See also (EWL) Witness call List for (P).

No ⸺#⸺

Wayne D. Smith                                        Case No. 2:15-cv-01410 TLN AC PS (TEMP)

P.O Box 335 Georgetown, Ca. 95634                          "Amended Complaint"

Ph# (530) 615 8314          **ALLEGATIONS OF JURISDICTION**     (Continued)

14). In The Month of August, 2013 the (P) has Met in a Clandestine Meeting with The Placer County Cryptologist, that is employed for Placer County, and is willing to testify upon request. Accepting Proper Summons to Testify Pursuant to this Court "ORDER'S if any. What this Witness said to (P) in this meeting is indeed SHOCKING and goes to the reasons why Would Complaining Witness Defendant (G) commit such Blatant Perjury in the Matter herein allege with regard to the "LODGE" and event's surrounded prior to and Namely the convenient "SUICIDES Deaths of Former Owners of motels in North Lake Tahoe". Namely OWNER OF ANN'S COTTAGES, found dead and determined to be SUICIDE, a windfall for the Conspirer's, and as Well, the Snow Peak Lodge, OWNER MR. HOWARD Found Dead at motel, His Widow was Run Out of Town, within time frame of same troubles being perpetrated upon the "LODGE" and Legal Owner Fred Hodgson. Save Fred is Not Dead! This Clandestine Witness verifies Exactly Who the Shooter is, of the former Owners of two other Motels Fraudulency Conveyed, and written off as Suicides for the Benefit of Said Conspirers within the time frame of the continued alleged fraudulent Conveyance of "THE FALCON LODGE and SUITES, said (P) place of employment at the time of the False ARREST as alleged. Wherein (P), discovered the (R.I.C.O.) Claims/Violations herein alleged, and the Parties too this Action that are Culpable in the Conspiracy for Profiting from FEDERAL FUNDING received by the Persons Named. This Meeting took place at Harrah's Tahoe as witness Fred Hodgson, Legal Owner of the "LODGE" will attest. See also Affidavit attached (EWL) Properly marked, Fred Hodgson, (P), added footnote for This Courts review. See also Exhibits of NON HOSTILE Witnesses Attached, Witness Call List. As is Custom Video and Audio recordings are made available by all Federal Contractors.

15). (P) did not at any time While engaged in His Work assignment, via The Federal Government's Contract, [supra] at The Falcon Lodge and Suites in north Lake Tahoe "pose an immediate threat to the safety of the Officers or others" on July 3rd, 2013; all the while with 4th of July celebrations enacting there; (P) never the less was deprived of his personal property, things, papers, effects and his Dog, Life, Liberty as well as deprivation of EMPLOYMENT, When in Open Court (G) complaining witness actions resulted furthermore into a issued Court "ORDER" ordering (P) to Stay away from his place of employment, all of which violated(P) fourth Amendment Constitutionally Protect Right, and Federal Contracted "TICKET TO WORK" Resulting in loss of Employment as contracted. See also (EWL) exhibits Properly Marked 008-TW1,(MAXIMUS) attached.

Wayne D. Smith

P.O. Box 335 Georgetown, Ca. 95634

Ph.# (530)615-8314

Case No. 2:15-cv-TLN AC PS (TEMP)

16). **Complaining Witness Christopher M. Cattran, Deputy District Attorney, Herein an after Known as (C). did excute under Penalty of Perjury, a Felony Complaint in The Superior Court of The State of California, County of Placer Tahoe Division against (P), with special enhancement, and False charges, Which purposed and deprived (P), of his Constitutionally Protected fourth Amendment Right and Signed The Felony Complaint, on July 7 th,2013.**

17). **Whether, Deliberate and/or by design to Chill (P), claims , that there exist within the County an Active Scheme of Racketeering, Thus R.I.C.O. – enterprise up and running, on ( c),watch, nexus the actual Predicated Act's, as Laid out, [supra]. Nevertheless ( C ) Maliciously prosecuted ( P ) and deprived ( P ), on July 7th,2013 – Jan. 9th,2014, of his Constitutionally Protected Rights. U.S.C.A. FOURTH AMEND. Thus: as Cited Herein, Thus: see also (EWL),  Marked Properly for this Courts review, R.O.C. addendum To (EWL) in support of "(p), "AMENDED COMPLAINT as ORDERED".**

**Case # DA No. 13-07-07381, Court No.92-008357 FELONY COMPLAINT, filed In Superior Court of California County of Placer on July 8th,2013. Pages 1-3, attached hereto this "Amended Complaint.**

18). **(P), Was Transported back and forth between Court hearings in Auburn Ca, To Court in N. Lake Tahoe, Charge with False Crimes By ( c), when Complaining Witness ( C ), Did Secure a Restraining "Order" against (P),Effectively Denying (P) to Complete his Federally Protected Right TO Work, Causing Loss of business and a Congressionally Sanctioned Employment activity via Contracted obligations To Legal Owner of The "LODGE in Question, resulting in Loss of Business Contracted with (BASS).**



Wayne D. Smith

P.O. Box 335 Georgetown, Ca. 95634

Ph.# (530)615-6314

Case No.2:15-cv-01410 TLN AC PS (TEMP)

19). Complaining witness, ( C ), initiated a Felony Prosecution by submitting

A legally invalid arrest warrant, against ( P ), on July 8th, 2013 and did so

Maliciously without forethought nor excuse, "Ignorantia legis non excusat" !

See also ( EWL) witness call list of Non Hostile Witnesses and Hostile

Witnesses, to Be Properly SUMMONS for testimony In This Cause of Action,

as this Court deems Proper.

20). Placer County Jail, Located at 2775 Richardson Dr, Auburn, Ca. 95630

Herein an after Defendant known as (PCJ) received the ( P ), as A Prisoner on

or about July 4th, 2013, through July 9th 2013, all the While ( P ) was placed In

their Custody; ( P ) requested Medical assistance for Sustain Injuries as

described (P), Prescribed medications and follow up "DOCTOR'S ORDERS TO

CORRECTION OFFICERS were completely Ignored. Though out custody.

See also (EWL) attached Properly marked Intake,(PCJ).

21). When defendant's, (PCJ)  denied ( P ) his medications and Then ordered,

(P), Continually to Climb atop a Steel Buck Bed, in unit # 4/and or/unit H,

Holding general population, (P ), under duress, (PCJ) actions and lack thereof

Compounded (P), Already existing disability noted. Medication denied

through out Custody were Vicodin, and Valium, as prescribe by law, this is a

Direct violation of (P) 8th Amendment Right To The Constitution Of The United

States, Thus: U.S.C.A. 8th,Thus: see also (EWL) In Support of this Amended

Complaint, Properly Marked for this Courts Revie, Doctors Orders, and Intake

documentation of Denial and request made unheard, ignored deliberately and

by design. ( P) Continues to be In the Care of His Primary Care giver and level

of Pain is -9-10 every Day Since this happened To (P).

Wayne D. Smith                                           Case No. 2:15-cv-01410 TLN AC PS (TEMP)

P.O. Box 335 Georgetown, Ca. 95634                        "Amended Complaint"

Ph># (530) 615-8314          [ALLEGATIONS JURISDICTION CONTINUED]

22). On or about 7/10/2013 (P) was Order to Report to Ricky Martino, Deputy probation Officer under duress

Being released from Jail Custody and placed on formal Probation. Herein Complaining Officer Martino, now

Referred as (RMP).

(P) arrived at 7552 N. Lake Blvd. as Ordered, and Check in with (RMP). This Complaining Defendant right away Demanded (p) Give Me the Keys to your Vehicle, and Stated, Do it Now or I will revoke your OR release and send You back to Jail. (P), did so in fear of Re- incarceration. (RMP) left the Office and Rifled Through (P) Vehicle, upon returning into the Office (RMP) Commanded (P), [sic]"Give me Your Phone", Exclaiming "NOW OR YOUR GOING BACK TO JAIL" Under duress (P) watch helplessly while (RMP) Took (P) cell Phone and Computer Confiscated From (P) Vehicle, into (RMP) electronics extraction Room for Process, Taking all Classified intel He could, Wipe Out of (P), System, then shortly after, (RMP) Demands To obtain (P) Protected encryption and Obtained that Via Force of threat ! When some time had Past oh perhaps 45 Minutes, (P), waiting, (RMP) Comes out of his Office enraged Demanding (P) tell him, [sic] Why do You Have Officer Bem Glau Personal Phone No. on Your Cell ? [sic ] tell me the truth or your gong Back to Jail. (P) proffered the Truth and Said [sic] "I work with the U.S. Government and report to Glaua as a (CI) When ever He Required." (RMP) Called (P) a Liar, and stated I'am going back to Jail he is Going to call Glau. (RMP)  called Glau and Confirmed (p) proffered TRUTHs. Upon learning (RMP) calmed down request I Join him in his Office (P) Complied. There after (RMP) Hearing (P), speak With Handler Glau giving Him Codes, (RMP) said [sic] "Your Mentally ill, CRAZY, and if you donot report to Eldorado mental Health Service ASAP, Your going back To Jail," instructed (P) [sic] "stay away from any Contacts and Do as I Say or Else, Gotit!" "Confirm to Me right away that you check in" By the Next Weeks end (P) confirmed check in and Mental health reported no requirement for (P) to obtain Eval, Leave (P) alone, End it. (RMP) destoyed (P), Computer and Accessed Classified intel, Information Belonging  to The (P) and U.S. Government, in Violation of (P) Protected Constitutional Fourth Amendment Right. More over twas  a Breach of Classified Materials. (p) was Not released from Custody till 6 Months later, On Janruary 9th, 2014, all Charges Dismissed with Prejudice. See also (EWL) in support, Addendum will be filed as not to commit multiplicity for This Courts Juris Prudence in Finance.

23). As a Result of the foregoing allegation, that involved all named co-defendant's, (p) suffered serious physical Injuries, exasperating (p) already disabled condition and was other wise injured. (P), suffered great pain of Body and Mind, incurred ongoing medical expenses, loss wages due to his inability to work,

And (P) Body is permanently injured all due to the said action of the complaining witnesses, Defendant, et,al.

24). Defendant's named and all co-defendant's their estates are financially liable for their actions against this plaintiff.

Wherefore Plaintiff Prays this Court look well to the Statutes and Code, and Counts herein ,et,Seq....

Wayne D. Smith                                    Case No. 2:15-cv-01410 TLN AC PS (TEMP)

P.O. Box 335 Georgetown, Ca. 95634

Ph.# (530) 615-8314                               "AMENDED COMPLAINT"

25). (P), alleges that the R.O.C. , together with Witness testimony affore noted, has proffered True

Standing with this Court, Because Defendant John C. Rogers, P.C. aka EAST BAY INVESTORS , herein an

after co-defendant (EBI), did on Oct,25th 2011 through (p) False arrest on 7/03/2013, activity enjoined the

Scheme of Thus R.I.C.O., (EBI) proffered Perjuries, Testimony in The State of California Court and Federal

Court, as well, Against Fred Hodgson. (EBI) their action did activate the False arrest of (P), via evidence

for the Trier of Facts for determination in the "Acts" of [R.I.C.O. uncovered by (p), there at The Lodge in

Question, for example the Payments that were made, and Hidden in a Scheme for the sole purposed of

Profit From U.S. Government Funding in the Meeting of the Minds ,namely the "Crown Motel and Owners

there of Perpetrated Action in the Scheme. See also in Re Fredrick Hodgson Debtor,case # 12-40090-A-

13J, chapter 13 DC.: No ANT -1 In The United States Bankruptcy Court Eastern District of California ,

Speaks Volumes , More over cannot be deemed "Res Judicada", due to (P) Claim of Constitutional

Standing, in (P) activity with The Congressional Program  Now Known as "BASS" Herein is a serious

Federal Question of Law, Thus: R.I.C.O., as alleged exist through out the activities as Proffered by this

Plaintiff, In this Cause of action That is the Reason (P), Lost his Federally Protected "CONTRACT".

Q. of Law That Cry's out for review. See also witness, list to be proffered, timely toward Juris Prudence.

Inclusive, with evidence herein made and hostile Witness , envelament with the Scheme to fraudulently

(EWL)

convey the properties affore noted , for this Courts review.

_____

Note: Plaintiff has reason to Believe that: (EWL) already Filed is still in the Custody of this Court ,

Within Purview of the (LRC)  39-138, (c ),(2), and (c ), (3), retention of scanned Exhibit' scanned, Witness

List Filed July 02,2014, for sake of multiplicity, (P) will Only produce (EWL), as Referred herein. That is

Also Concerning The Honorable Courts "ORDER" Dated, November 6th, 2015, Concerning, Filed Exhibit's

noted in R.O.C..

Wayne D. Smith aka 008-TW1, (Maximus) P.O. Box 335 Georgetown, Ca. 95634 (530) 615-8314

Case No.

26) Plaintiff Incorporates by reference all preceding allegations as if fully set forth herein.

### ALLEGATIONS AND FACTS COMMON TO ALL CAUSES OF ACTION

27) Defendants, acted collectively to discriminate against the plaintiff on the Basis of his origin,

Due to the research uncovered that effectually puts a halt to their planning for development funding

By the federal Government.

28) Despite the knowledge and adequate opportunity to learn of the misconduct of, their

Agents and employee's Placer County Sheriff's , and/or otherwise, contracted employee's, defendants

Giovannini, Cattran, Placer County Jail,, Martino, and Rogers, , adopted, approved

the acts, omissions and misconduct, of said Arresting Officer Named herein.

29) The Wrongful conduct of the Defendants, was both the Factual - and the legal Cause, of the

Plaintiff injuries, and damages.

30) Defendants acts, in Arresting Plaintiff, and his Service dog aka HORN DOG, 008-TW1, was Cruel

And Unusual, the confiscation of plaintiff electronics and invasion therewith, violated (P's), Rights.

31) Defendants holding that Plaintiff had in his Possession Burglary ,"TOOLS" on July 3rd 2013,

At the Site of the false arrest, was out/and out Right "Perjury".

32) Defendants actions cause Plaintiffs Damages and exasperated his already disabling condition,(ie)

Caused loss of employment contracted Benefits, lost opportunities, pain and suffering and emotional

Distress.

### COUNT I

33) Plaintiff hereby incorporates by reference each of the allegations set forth, in preceding no.;

Paragraphs.

///

Et,Seq...

14

Smith v. Giovannini Et al., para's       '/incorporate/alegations/count 1/008-tw1(MAXIMUS)

Wayne D. Smith aka 008-TW1, (Maximus) P.O. Box 355 Georgetown, Ca. 95634 (530) 615-8314

"Amended Complaint"
No.2:15-cv-01410-TCM
AC-PS (Temp)

1    COUNT I

2

3    VIOLATIONS OF RIGHTS SECURED BY THE FREE EXERCISE OF THE CLAUSE OF THE FIRST

4    AMENDMENT TO THE UNITED STATES CONSTITUTION BY AND THROUGH THE

5    FOURTEENTH AMENDMENT § 1. UNDER EQUAL PROTECTION UNDER THE LAWS,

6    , OF THE UNITED STATES CONSTITUTION

7    [ 42,U.S.C. § 1983, Defendants Giovannini, Cattran, Placer County Jail,, Martino, and Rogers,

8    acted  Together Too falsely imprison the Plaintiff on July 3rd,2013 through Jan 8th 2014.

9    34) Plaintiff herby incorporates by reference each of the allegations set forth in preceding para-

10   Graphs 1. 35 as if re alleged fully herein.

11

12   35) All the Actions taken by Defendant Giovannini , or those acting      defendant,

13   And referred herein, including the loss of ability to appear at plaintiff place of employment by the

14   Defendant, Giovannini, while acting under color of State Law, THE FALSE ARREST, and Malicious

15   Prosecution, termination from peaceful assemble at plaintiffs place of employment, on Independence

16   Day eve, celebration had the effect of depriving the Plaintiff of rights secured by the Constitution and

17   Laws Of the United States, Specifically The Free exercise Clause of the First Amendment to the United

18   States Constitution, especially where in the defendant Committed perjury to Secure the Arrest Falsely.

19

20   36) The Treatment that the Plaintiff received and their discharges were carried out by the defendant

21   In retaliation for exercise of plaintiffs civil rights secured by the First Amendment to the United States

22   Constitution By and Through the Fourteen Amendment Equal Protection Clause §1. Of the United

23   States  Constitution.

24

25   37) Giovannini, Cattran, Placer County Jail, Martino, and Rogers ;, acts were intentional

26   Malicious, Obdurate, and in Gross reckless disregard of the Plaintiff Constitutional Rights ,especially

27   On Independence eve, holiday, July 3rd , 2013 through and Up to the CHARGES Dismissal,01/08/ 2014.

28   ///                                                                Et,  Seq...

Wayne D. Smith aka 008-TW1, (Maximus) P.O. Box 335 Georgetown, Ca. 95634 (530) 615-8314

1              **COUNT II**       Case No 2:15-CV-01410-H
                             TLN-AC-RS-(Temp)

2 VIOLATIONS OF RIGHTS SECURED BY THE FOURTH AMENDMENT, THE RIGHT OF THE PEOPLE TO BE

3 SECURE IN THEIR PERSONS, HOUSES, PAPERS , EFFECTS, AGAINST UNREASONABLE SEARCHES AND

4 SIEZURES, SHALL NOT BE VIOLATED, AND NO WARRANTS SHALL ISSUE, BUT UPON PROBABLE

5 CAUSE, SUPPORTED BY OATH OF AFFIRMATION, PARTICULARLY DESCIBING THE PLACE TO BE SEARCH

6        AND THE PERSONS OR THINGS TO BE SIEZED. THUS: U.S.C.A. 4TH THUS:

7 [ 42, U.S.C. § 1983 – Giovannini, Cattran, Placer County Jail,, Martino, and Rogers , AKA

8             **EAST BAY INVESTORS]** acted

9    In tandem and Violated Plaintiffs 4th Amendment Right, Thus: U.S.C.A. 4th.

10    29) Plaintiff hereby incorporates by reference each of the preceding allegations, paragraphs,

11 As if re alleged fully herein.

12

13 30) Defendants Giovannini, Cattran, (P.C.J.); Martino, and Rogers East Bay Investors, did

14 In legal cause and Fact, Violate plaintiffs 4th, Amendment Right, Secured by the Constitution of the

15 United States, Upon Plaintiff Arrest at Said Falcon Lodge and Suites, on July 3rd, 2013, in a Continuum

16 And furtherance, Conspired to obtain Classified Information from Plaintiffs Personal Electronics,

17 With malice, for thought and coercion, and did extract such, in Violation of Plaintiffs Constitutional

18 Right, Thus: U.S.C.A. 4TH, THUS:

19

20 40) Plaintiff was similarly situated in all relevant aspects, to any other Motel /lodge and/or suite

21 Employee and/or Persons at The Place of the Violation in all relevant aspects, on July 3rd ,3013,

22 And in the further Continuum, was threaten and/or coerced !

23

24 41) All of the Actions taken by the Defendants, Giovannini, Cattran, (P.C.J.) Rogers, or those acting

25 ( i Defendant, Cattran, (P.C.J.) and/or Rogers, and referred to herein, including Martino's

26 Extraction of Plaintiff Personal, Classified Confiedtial Information, From His Laptop Computer,

27 All while in Defendants Custody and Control, were Carried out Under Color of State Law, and

28 Had the effect of depriving Plaintiff of His Rights Secured by The Constitution of The United States.

Smith v. Giovannini Et,al,, para's     /incorporate/usca4th/count 2/008-tw1(MAXIMUS)

Wayne D. Smith
P.O. Box 335
Georgetown, Ca. 95634    PH.# 530-615-8314.

Wayne D. Smith aka 008-TW1, (Maximus) P.O. Box 335 Georgetown, Ca. 95634 (530) 615-8314

Case No. 2:15-CV-0140 -

TLN-AC-PS (temp)
(AMENDED Coy)

1                 _____ **COUNT III** _____

2   **VIOLATIONS OF RIGHTS SECURE BY THE 5TH, AMENDMENT AND THE 8TH AMENDMENT OF**

3                    **THE UNITED STATES CONSTITUTION.**

4   **5TH , BY AND THROUGH THE 8TH AMENDMENT " NO PERSON SHALL BE HELD......, TO BE A WITNESS**

5   **AGAINST HIMSELF, NOR DEPRIVED OF PROPERTY WITHOUT DUE PROCESS OF LAW, NOR SHALL**

6   **PRIVATE PROPERTY BE TAKEN FOR PUBLIC USE. VIOLATION OF THE 8TH AMENDMENT BY AND**

7   **THROUGH THE 5TH AMENDMENT, EZCESSIVE BAIL SHALL NOT BE REQUIRED NOR EXCESSIVE FINES**

8          **IMPOSED, NOR CRUEL AND UNUSUAL PUNISHMENTS INFLICTED.**

9     **[42, U.S.C. § 1983 -DEFENDANTS GIOVANNIN, CATTRAN,(P.C.J.) ,MARTINO, ROGERS**

10          _____ **AKA EAST BAY INVESTORS]** _____ ,

11   42).Plaintiff hereby incorporates by reference all preceding paragraphs, 1-36), as if fully set forth herein

13   43). The Acts and omissions of defendants Giovannini, Cattran,(P.C.J.) Martino, and Rogers, were

14   So culpable as to constitute authorization of an acquiescence in, the unlawful conduct of Defendant

15   Giovannini.

17   44).Defendants Catrran,(P.C.J.)Martino, and Rogers are vicariously liable for the unlawful acts of

18   Defendant Giovannini.

20   45).Defendants Giovannini, Cattran,(P.C.J.) Martino, and Rogers, acts and omissions constituted

21   A custom, practice, and policy of deliberate indifference to Plaintiffs Constitutional Rights secured

22   By the 5th, and 8th Amendments protection Clauses, of the United States Constitution.

24   46). Defendants Givannini, Cattran,(P.C.J.) Martino, and Rogers,acts were intentional, Malicious

25   Wilful, wanton, obdurate, and in Gross reckless disregard of Plaintiffs Constitutional Rights.

26                    **COUNT IV**

27   **VIOLATIONS OF RIGHTS SECURED BY THE EQUAL PROTECTION CLAUSE OF THE FOURTEENTH**

28   **AMENDMENT [ 42,U.S.C. § 1983,** Defendants Giovannini, Cattran, (P.C.J.); Martino, and Rogers ..

---

Smith v. Giovannini Et,alCount/III/5th,8th,usca/violations/incorporate/count IV/008-tw1(MAXIMUS)

-16-

CASE NO. 2:15-CV-01410-
TLN-AC-PS (Temp)

1    <u>__COUNT IV__</u>

2    "U.S.C.A. THUS: 14TH AMENDMENT TO THE CONSTITUTION OF THE UNITED STATES THUS: § 1." ;

3    "1.ALL PERSONS........NO STATE SHALL MAKE OR ENFORCE ANY LAW WHICH SHALL ABRIDGE THE

4    PRIVILEGES OR IMMUNITIES OF CITEZENS OF THE UNITED STATES; NOR SHALL ANY STATE DEPRIVE

5    ANY PERSON OF LIFE LIBERTY, OR PROPERTY, WITHOUT DUE PROCESS OF LAW; NOR DENY TO ANY

6    PERSON THE EQUAL PROTECTION OF THE LAWS."

7    <u>42, U.S.C. § 1983- DEFENDANTS GIOVANNINI, CATTRAN, (P.C.J.) MARTINO, ROGERS ]</u>

8    47) Plaintiff hereby incorporates by reference the preceding, paragraphs,(1-82) as if re alleged

9    Fully herein.

10

11   48) Plaintiff is a member of a suspect class, and was unlawfully discriminated against, because of his

12   National origin; nexus The employment with the Falcon Lodge and Suites.

13

14   49) Plaintiff was similarly situated in all relevant aspects to others at his Place of employment on

15   The Date of plaintiffs, FALSE ARREST, and through out, the MALICIOUS PROSECUTION, and FALSE,

16   IMPRISONMENT, and DENIAL OF REQUIRED MEDICAL NEEDS.

17

18   50) Nevertheless, Defendants Giovannini, Cattran,(P.C.J) Martino, Rogers, or those acting on behalf

19   of Defendant Giovannini, and referred herein, including the confiscation of plaintiffs property and

20   Termination of his Contracted Employment by Defendants, were done while all the defendants were

21   Acting under Color of Law or State Law and had the effect of Depriving Plaintiff of rights secured by

22   The Constitution and Laws of the United States, specifically the Equal, Protection Clause of the 14th ,

23   Fourteenth Amendment to United States Constitution.

24   <u>__COUNT V__</u>

25   VIOLATIONS OF TITLE VI BY AND THROUGH TITLE II, "WHICH OUTLAWED DISCRIMINATION BASED ON

26   RACE COLOR OR RELIGION OR NATIONAL ORIGIN IN HOTELS,MOTELS,..." "TITLE VI PREVENTS DIS-

27   CRIMINATION BY GOVERNMENT AGENCIES THAT RECEIVE FEDERAL FUNDS. IF AN AGENCY IS FOUND

28   IN VIOLATION OF TITLE VI, THAT AGENCY MAY LOSE ITS FEDERAL FUNDING."        ET, SEQ....

Wayne D. Smith P.O. Box 335 Georgetown, Ca. 95634    PH.# 530-615-8314    Case No

Smith v. Giovannini Et,alCount/IV,usca 14th/violations/COUNT V/TITLEII/TITLEVI/008-tw1(MAXIMUS)

Case 2:15-cv-01410-DB   Document 8   Filed 02/10/06   Page 19 of 21

Case No. 2:14-

2:15-CV-01410-TLN-ACPS

"AMENDED Complaint" (Temp)

1    COUNT V, - 42, U.S.C. § 1983, ARISING UNDER THE UNITED STATES CONSTITUION

2    TITLE II, AND TITLE VI, THUS: 42, U.S.C. §§ 2000 (d).; & (e)-2, [ VIOLATIONS DEFENDANT GIOVANNINI,

3    CATTRAN,(P.C.J.) MARTINO, ROGERS AKA EAST BAY INVESTORS]

4    _____

5    (51). Plaintiff hereby incorporates by reference each of the preceding paragraphs, and each

6    Allegation set forth, as if re alleged fully herein.

7

8    (52). Plaintiff being discharged from his contracted employment, 008-TW1 by the Actions Defendants

9    Giovannini, Catran, (P.C.J) Martino, and Rogers, were intentional, wilful, without justification

10   Plaintiff was treated less favorable than other Non, Native and/or Counterparts in Violation of

11   42, U.S.C. §§ 2000 (d), & (e)-2, By and Through Title II, and Title VI, arising Under, Thus : 42,U.S.C .§

12   1983.

13

14   (53). Defendants Cattran,(P.C.J.)Martino, and Rogers, aka East Bay Investors, acts were

15   Intentional, malicious, wilful, wanton ,obdurate, and in gross reckless disregard of Plaintiffs rights

16   Secured by Title VI.

17                              Count VI

18   VIOLATIONS RACKETEERING INFLUENCED IN A CORRUPT ORGINAZATION THUS: (R.I.C.O.)

19        TITLE 18, § 1961,(2),(3),(4),(5),& (8), TITLE 18, § 1962, (a),(b),(c),(d).

20   [ 42, U.S.C. § 1983, DEFENDANTS GIOVANNINI,CATTRAN,(P.C.J.) MARTINO,ROGERS ]

21   (54). Plaintiff hereby incorporates by reference each of the preceding paragraphs, — set forth

22   As if re alleged fully herein.

23   (55) Plaintiff suffered damage, and loss of Business interest, by the Defendants, Giovannini, Cattran,

24   (P.C.J.)Martino, Rogers, aka East Bay Investors,Actions; in a Continuous Scheme Known as, (R.I.C.O.).

25

26   (56).Defendants Actions were intentional, willful, obdurate, and in gross reckless disregard of Plaintiffs

27   Rights, In Violation of  the Civil Rights Act, The (R.I.C.O.) statutes, and Codes, The Constitution of the

28   United States, and Common Law of the State, "RIGHT TO WORK".

Smith v. Giovannini Et,al/title ii/titlevi//rico/count v/ count vi/42,usc,1983/008-tw1(MAXIMUS)

~18~

Wayne D. Smith
P.O. Box 335
Georgetown, Ca. 95634    PH.# 530-615-8314

Case no ?

2:15-CV-01410-TLN-AC-PS

**RELIEF REQUESTED**   1st Amended Complaint

68). Wherefore, Plaintiff Prays for Judgment as follows:

A). Compensatory Damages against Defendants, Giovannini, Cattran, Placer-

County Jail (Corrections Center), Martino, and Rogers aka East Bay Investors,

In the Amount  to Be Found Just at Trail By Jury, Such Relief the Court Deems Just and

Proper.

B). Punitive Damages, Against Giovannini, Cattran, Placer County Jail,Martino, Rogers,

For each Day Spent In custody, a total Sum certain, of 1 Million Dollars per Day.

C). Treble Damages for a Total Sum Certain to Be awarded To Plaintiff, upon finding

 Any of the Defendants, Giovannini, Cattran, Placer- County-Jail, Martino, and Rogers

are Found to be Liable for (R.I.C.O.) as allowed By law, and /as The Court Deems Proper.

D). Awarding Plaintiff for Future Support and Earnings Ability, In the Amount of

$250,000 , Two Hundred and Fifty Thousand Dollars.

E). Reasonable Cost of this action, and such other Relief as May be Deemed Just Upon

Trial By Jury In This Court.

F). Such Other Relief this Court Deems Just and Proper.

_____

JURY TRIAL DEMAND- WITHIN PURVIEW OF THE 7TH AMENDMENT TO THE

   CONSTITUTION OF THE UNITED STATES, THUS:U.S.C.A. SEVEN, THUS:

69).       Plaintiff herein and by the incorporate paragraphs, supr; 1-68; demands a trial

By Jury of Plaintiffs Peers, in purview of the 7th Amendment to the Constitution, supra... !

RESPECTFULLY SUMMITTED THIS ___8th___DAY, OF __Feb__, 2016, By, Plaintiff;

_____   In Pro-Se.

                                                                                   -19-

~19~

**CASE NO. 2:15-CV-1410 TLN DAD PS**

(TEMP)
"AMENDED
Complaint"

1 | IN Re: SMITH VS.GIOVANNINI, ET, AL.

2 | WAYNE D. SMITH, AKA, 008-TW1 (MAXIMUS) IN -PRO-SE, FORGOING.

3 | P.O. BOX 335

4 | GEORGETOWN, CA. 95634

5 | Ph.# (530) 615-8314

6 | e-mail wdselectechtesla10@yahoo.com

7 | **LIST OF DEFENDANTS IN THIS ACTION ,**

8 | _____

9 | 1). DEFENDANT JOHN GIOVANNINI, BAGE # 51

10 | PLACER COUNTY SHERIFF-CORONER-MARSHAL

11 | P.O. BOX 1710

INDividuAl
CAPACity

12 | TAHOE CITY, CA. 96145, PH# 530-581-6321

13 | 2). DEFENDANT,CHRISTOPHER M. CATTRAN, DEPUTY DISTRICT ATTORNEY

14 | 2501 NORTH LAKE BLVD.

15 | P.O. BOX 5609

INdividuAl
CApAcity

16 | TAHOE CITY, CA. 96145    PH.# 530-581-6348, FX # 530-581-6352

17 | PLACER COUNTY JAIL /CORRECTION CENTER

18 | 2775 Richardson Drive

19 | Auburn, Ca. 95630

20 | Phone N0. 530-745-8500

-3-
INDividuAl
CApAcity

21 | 4). DEFENDANT RICKY MARTINO,P.O.

22 | PLACER COUNTY PROBATION DEPUTY

23 | P.O. BOX 363

24 | 7252 N. LAKE BLVD. # 201

INDIVIDUAl
CApAcity

25 | TAHOE VISTA,CA. 96148  pH.# 530 546-1960, ALT, # 530-546-1964

26 | 5). DEFENDANT JOHN C. ROGERS,  P.C.

27 | AKA, EAST BAY INVESTORS, 264 VILLAGE BLVD. SUITE # 104, INCLINE VILLAGE,CA. NV. 89451

28 | PH.# 775-831-3666, FX. 775-831-4044

INDIVIDUAl
CApAcity

wds/maximur
-TW1