Wayne D. Smith
C/O The Honorable Judge William Bradley
6646 Sourghdough Trl.
Kelsey, Ca. 95667
Ph.# (530) 615-8314

**FILED**

DEC 21 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE D. SMITH,

    Plaintiff,

Vs.

OFFICER JOHN GIOVANNINI, et al;

    Defendant.

Case No. 2:15-cv-1410 DB PS

NOTICE OF MOTION/AFFIDAVT IN SUPPORT

UNDER FEDERAL RULE OF CIVIL PROCEDURE

26 , SEC'S (a),(1),(A), (B), & (E).(2),(3).

    Comes Now, the Plaintiff in the above entitled action. Herein and attached hereto, As required Initial disclosures, pursuant to This Courts "ORDERS" (doc) No. 29, Signed by The Honorable Judge Deborah Barnes, Dated: December 2nd, 2016. Gives Defendant Notice of Motion. Moreover Pursuant to 28 U.S.C.§ 1746 I the under signed swear that the attached documents are true and Correct, Under penalty perjury, futher I saith not !

RESPECTFULLY Submitted, this 21st day of December, 2016; By Plaintiff,

Wayne D. Smith, In Propria Persona.

_[signature: Wayne D. Smith]_

///

Wayne D. Smith
C/O The Honorable Judge William Bradley
3746 Sourghdough Trl.
Kelsey, Ca. 95667
Th # (530) 615-8314

# CERTIFICATION OF MAILINGS

# PROOF OS SERVICE

## IN THE UNITED STATES DICSTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

Case No. 2:15-cv-1410 DB PS

Wayne D. Smith vs. Giovannini, et al.

I David Faircloth, am Over the age of eighteen, and not a party in this action, Therefore,

Pursuant to , 28,U.S.C. §§ 1746, et, seq.; Under penalty of Perjury, I did Place the Attached Documents

In the above Noted Case, In the U.S. Postal Mail, First class and /or Certified Return Receipt, Requested

To the attached Named Parties and/or Defendant's in the above noted case.

Dated this 21st day of Dec, 2016. Further I Saith not.

By _____

David Fair Cloth

2757 Loyal Ln.

Pollock Pines, Ca. 95726

(530) 644-2704

---

Defendant Served/Re: Wayne D. Smith v. Officer John Giovannini
U.S.D.C. Eastern Dist. Case No. 2:15-cv-1410DB PS
Attn: Clayton T. Cook
Deputy County Counsel
175 Fulweiler Ave
Auburn, Ca. 95603

Wayne D. Smith
C/O The Honorable Judge William Bradley
6646 Sourghdough Trl.
Kelsey, Ca. 95667
Ph.# (530) 615-8314

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE D. SMITH,

    Plaintiff,

Vs.

OFFICER JOHN GIOVANNINI, et al;

    Defendant.

Case No. 2:15-cv-1410 DB PS

INITIAL DISCLOSURES

UNDER FEDERAL RULE OF CIVIL PROCEDURE

26, SEC'S (a),(1),(A), (B), & (E).(2),(3).

    Comes Now, the Plaintiff in the above entitled action. Herein and attached hereto, As required Initial disclosures, pursuant to This Courts "ORDERS" (doc) No. 29, Signed by The Honorable Judge Deborah Barnes, Dated: December 2nd, 2016.

RESPECTFULLY Submitted, this 21st, day of December, 2016; By Plaintiff,

Wayne D. Smith, In Propria Persona.

*[signature]*

///

## JURISDICTION OF THIS COURT/VENUE

"Jurisdiction over the plaintiff's claims is predicated upon 28 U.S.C. § 1331, is not disputed, And is hereby found proper. Venue is not disputed and is also found to be proper." See also Doc. No.; 29, [ORD.] Page # 2, @ Line 11-16. Signed by The Honorable Magistrate Judge Deborah Barnes, Dated December 2,nd,; 2016.

Plaintiff discloses to the defendant, initial Discovery and where that may be readily discovered. Herein and attached hereto is Plaintiff [EWL], ORIGINAL, FILED Jul, 02 2014, Cover Sheets Document's, of which are available @ https://ecf.caed.uscourts.gov/cgi-bin/DktActivityRpt.pl? See also, LIVE 6.1 CM/ECF-U.S. District Court for Eastern California-Docket Activity Report, [Exhibit and initial Witness Disclosure] [EWL], Comprehensive and in it's entirety ; Case No.2:15-cv-1501 GEB GGH PS !

Therefore Plaintiff makes known his initial Discovery to the Defendant as "ORDERED" by this Court, in a Timely Fashion. Plaintiff awaits "RECIPROCAL Discovery as Ordered" Pages attached 1-4.

RESPECTFULLY Submitted This 21st, day of December; 2016. By Plaintiff;

*[signature]*

Wayne D. Smith
C/O The Honorable Judge William Bradley
6646 Sourghdough Trl.
Kelsey, Ca. 95667

Phone No. (530) 615-8314

///                                                                et Seq...

Wayne D. Smith, aka 008-TW1 (Maximus)

P.O. Box 335, Georgetown, Ca. 95634

PH. # (530) 615-8314

Plaintiff

# UNITED STATES DISTRICT COURT
## Eastern District of California

**ORIGINAL FILED**
JUL 02 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

WAYNE D. SMITH, AKA, 008-TW1,(MAXIMUS), v. GIOVANNINI, ET, AL;   IN

**EXHIBIT AND WITNESS LIST** SUPPORT OF "CIVIL RIGHTS COMPLAINT

Plaintiff, In Pro-Se,                        Defendants.   Case No. 2:14-cv-1501 GEB GGH PS

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | **PRESIDING:** | | | **PLAINTIFF'S ATTORNEY** Plaintiff, In Pro-Se, / **DEFENDANT'S ATTORNEY** |
| | | **TRIAL DATE(S)** | | | **COURT REPORTER** / **COURTROOM DEPUTY** |
| 1. | | See also Exhibit # 1 | 2 of 2 | | Plaintiff is known as 008-Tw1, aka Maximus, WIIA (BASS) THE ACT 1999 1 Statutory Program, Known as The Ticket To Work and Work incentive Improvement "Act of 1999". |
| #2. | 13 pgs | | | | Facts Common to all Causes of Action allegations of Facts, Plaintiff adds Testifacundum /Affidavit Under Penalty of Perjury, attached hereto. Supra; (EWL) # 2. Licence No.97616,n/a see( R.I.C.O),(WEL) Declaration of John C. Rogers, Exhibit, No. 2,(a), et seq... |
| | | | | | Exhibit # 3. Attached in Support, offered. Defendant Ofc. Giovannini, committed illegal actions when he arrested (p. |
| 10 of 10 | | | | | In the illegal Use of Federal Funding's, in a (R.I.C.O.), scheme |
| 4. 10 of 10 | | | | | Under a U.S. Government Contract Known as, AA Take Charge, "Ticket to Work Program", aka "008-TW1, (Maximus) Now Known as (Bass). Legally Hired, Employee of The Flacon Lodge and Suites, supra; See also (EWL) attached, Properly Marked, Exhibits in Support of this Complaint,(EWL # 4.).attached. |
| #5. | 2 of 2 | | | | Defendant Officer John Giovannini, Detective Sergeant, Badge No. S1,Arrested Plaintiff |
| #6. | 7 of 7 | | | | Defendant Officer John Giovannini, Detective Sergeant, Made False and illegal, Statements, Employer Fred Hodgson, Witness to the Cause of action, filed a Bankruptcy Case, No. DC No. 43; |
| 7. 3 of 3 | | | | | 5-14-13 (161), Docket No.12-40090-A-7 in The U.S. District Court, which Noted the Defendants, Cited, Illegal Activities at the Falcon Lodge and Suites ,supa; Nexus this Plaintiff False arrest on 7/03/13. See also Exhibits attached in Support of Complaint,(EWL), NO. # 7.attached hereto. |
| #8. | 2 of 2 | | | | Defendants cited, denied Plaintiffs Medical Required medications while in Custody |
| .9. (1) | | | | | Legal cause and Fact, reflected herein HAS been determined in A Court of Law herein The State of California. SEE ALSO (EWL), NO. 9, attached in support, Showing legal cause and fact of the false |

* Index:

Smith v. Giovannini Et,Al; parties/facts common to all causes, allegation of fact,complaint

By Plaintiff, Wayne D Smith 008-TW1

Dated 7/2/14

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**ORIGINAL FILED**

Eastern District of California

JUL 0 2 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



**EXHIBIT AND WITNESS LIST**

WAYNE D. SMITH, AKA, 008-TW1,(MAXIMUS), v. GIOVANNINI, ET, AL;

IN SUPPORT OF "CIVIL RIGHTS COMPLAINT

Plaintiff, In Pro-Se,

Case No. 2:14-cv-1501 GEB GGH PS

| PRESIDING: | | | | | PLAINTIFF'S ATTORNEY Plaintiff, In Pro-Se, | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 10-12 | | | | | In California State Court, Case No. 72-008357, In Placer County Court Dated 1/6/2014, In Legal, Cause and Fact, "CASE" "Dismissed", By Defendants, Christopher M. Cattran, Deputy District Attorney, Granted By Judicial Officer: Trilla E. Bahrke. See also Exhibits attached in Support of Complaint, (EWL) Exhibit,10-12; See, "False arrest reports" made "without, Probable Cause or Warrant", felony charges. | |
| 13 | | | | | At Placer county Correctional Center, In Auburn, Ca. Plaintiff on July 4th 2013- till, release date (ie), forced to sleep on a top, bunk, denied Medication throughout the custodial detention. | |
| 13 | | | | | See also, intake and records attached, medical statement, (EWL) # 13. | |
| # 14-16, | | | | | "Declaration of Sacred Estate Held In The Land Sovereign Washoe Peoples" | |
| 17 | | | | | On July 3rd 2013, and there after the arrest The State of California "ordered" Plaintiff, By Issue of a Restraining, "ORDER" To Not come within a 100 Feet of his Work Place. Known as The Falcon Lodge and Suites. In Violation of Plaintiffs Constitutional Rights, Cited herein The Complaint. See also (EWL) Exhibit # 17, attached In Support of This Complaint. | |

Wayne D. Smith aka008-TW1

P.O. Box 335, Georgetown, Ca. 95634

Ph. (530) 615-8314 e-mail w███████

By, Wayne D. Smith, Plaintiff

Date 7/2/14

Wayne D. Smith aka 008-TW1, (Maximus) P.O. Box 335 Georgetown, Ca. 95634 (530) 615-8314

# UNITED STATES DISTRICT COURT IN AND FOR
# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE DOUGLAS SMITH, AKA 008-TW1, (MAXIMUS); <br><br> Plaintiff, In Pro-Se, <br><br> Vs. <br><br> OFFICER, GIOVANNINI, BAGE S1, PLACER COUNTY SHERIFF/CORONER, IN HIS, INDIVIDUAL CAPACITY & CHRISTOPHER M. CATTRAN, DEPUTY, DISTRICT ATTORNEY, IN HIS OFFICIAL CAPACITY, R. SCOTT OWENS, DISTRICT ATTORNEY, IN HIS OFFICIAL CAPACITY, AND RICKY, MARTINO, P.O., IN HIS INDIVIDUAL CAPACITY, & 10-DOE'S IN THEIR INDIVIDUAL CAPACITY. <br><br> Defendants, ET,AL;- | CASE NO. TO BE SUPPLIED BY CLERK OF THE COURT <br> DECLARATION OF FRED W. HODGSON IN SUPPORT CIVIL RIGHTS COMPLAINT, 42, U.C.S.§ 1983, ET,SEQ,; "FALSE ARREST, MALICIOUS PROSECUSION,FALSE IMPRISONMENT, DENIAL OF MEDICAL ASSISTANCE, PURSUANT TO, 42,U.S.C.§ 1983 ET,SEQ, & FALLING UNDER,THUS: U.S.C.A.; 4TH, 5TH, BY AND THROUGH 8TH, & 14TH, AMENDMENTS OF THE UNITED STATES CONSTUTION, THUS: FOURTH, FITH, & BY AND THROUGH EIGHTH, AND FOURTEENTH, AMENDMENTS. THUS; U.S.C.A. 4TH,5TH,8TH, 14TH . DECLARATION OF LEGAL CAUSE AND FACT, ADD TESTIFICUNDUM. |

I FRED W. HODGSON, DECLARE PURSUANT TO 28, U.S.C. § 1746, UNDER PENALTY OF PERJURY,THAT: ON JULY 3RD,2013 WAYNE DOUGLAS SMITH, WAS MY EMPLOYEE, UNDER ,U.S, CONGRESSIONAL LEGAL CONTRACT, KNOWN AS (MAXIMUS), NOW KNOWN, AS ( BASS), AND MOREOVER THAT PURSUANT TO STATUTORY RECORD OF CLAIMS , ON SAID DATE AS OWNER AND OPERATOR OF THE FALCON LODGE AND SUITES, LOCATED AT 8258 NORTH LAKE BLVD. KINGS BEACH, CA. 96134. LICENSE # 97616./ NA, THE ABOVE NAMED WAS LAWFULLY EMPLOYED , WHEN ON JULY 3RD,2013, SAID WAYNE D. SMITH, WAS FALSELY ARRESTED AND IMPRISONDED, BY OFFICER GIOVANNI, OF THE PLACER COUNTY SHERIFF/ CORONER'S , DEPARTMENT FURTHER I SAITH NOT. STATED TO BE TRUE AND CORRECT, DATED THIS,

___7___ DAY OF __JUNE__ 2014, BY _____/s/ Fred W. Hodgson_____

Fred W. Hodgson/owner op/ Falcon Lodge and suites/supra....

See Also Case #2:15-CV-01410-TLN-AC wds

# Docket Activity Report

## U.S. District Court -- Eastern District of California - Live System

### Report Filed Period: 4/10/2016 - 4/15/2016

| Case Number/Title | Dates | Category/Event | Docketed by | Notes |
|---|---|---|---|---|
| 2:15-cv-01410-TLN-AC (TEMP)(PS) Smith v. Giovannini, et al | *Entered:* 04/15/2016 11:44:56 *Filed:* 04/15/2016 | *Category:* order *Event:* Order *Document:* 9 | R. Becknal *Type:* crt | *Cause:* 42:1983 Civil Rights Act *NOS:* Civil Rights: Other *Office:* Sacramento *Presider:* Troy L. Nunley *Referral:* Allison Claire *Jury demand:* Plaintiff *Case Flags:* PRO_SE CIVIL |
| |  | ORDER signed by Magistrate Judge Allison Claire on 4/15/16 ORDERING that Plaintiff may proceed now to serve Officer Giovannini, as set forth below (instructions numbered 3-6), and pursue his claim against only that defendant. Alternatively, he may delay serving Officer Giovannini, and attempt to state additional cognizable claims; If plaintiff elects to attempt to further amend his complaint to state additional cognizable claims he has thirty days to do so (and he may skip instructions numbered 3-6, below). He is not obligated to amend his complaint, and may instead proceed only against Officer Giovannini (see instructions 3-6, below); If plaintiff elects to proceed now against Officer Giovannini, then within thirty days plaintiff shall supply the U.S. Marshal with the information detailed below. If plaintiff elects to proceed against Officer Giovannini, the court will construe plaintiff's election as consent to the dismissal of all other claims without prejudice; Service is appropriate for defendant Placer County Sheriff's Officer John Giovannini; the Clerk shall send plaintiff one USM-285 form, one summons, a copy of the amended complaint filed 2/10/16 (ECF No. 8 ), an instruction sheet, and an appropriate form for consent to trial by a magistrate judge; Plaintiff is directed to supply the U.S. Marshal, within 30 days from the date this order is filed, all information needed by the U.S. Marshal to effect service of process, and shall file a statement with the court that said documents have been submitted to the U.S. Marshal. (cc USM)(Becknal, R) | | |
| | *Entered:* 04/15/2016 11:46:46 *Filed:* 04/15/2016 | *Category:* service *Event:* Summons *Document:* 10 | R. Becknal *Type:* crt | |
| |  | SUMMONS ISSUED as to *John Giovannini* with answer to complaint due within *21* days. Attorney *Wayne D. Smith, Pro Se* *PO Box 335* *Georgetown, CA 95634*. (Becknal, R) | | |

## CERTIFICATION OF MAILINGS

## PROOF OS SERVICE

### IN THE UNITED STATES DICSTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

Case No. 2:15-cv-1410 DB PS

Wayne D. Smith vs. Giovannini, et, al.

I David Faircloth, am Over the age of eighteen, and not a party in this action, Therefore,

Pursuant to , 28, U.S.C. §§ 1746, et, seq.; Under penalty of Perjury, I did Place the Attached Documents

in the above Noted Case, in the U.S. Postal Mail, First class and /or Certified Return Receipt, Requested

To the attached Named Parties and/or Defendant's in the above noted case.

Dated this 21st day of Dec, 2016. Further I Saith not.

By_____

David Fair Cloth

2757 Loyal Ln.

Pollock Pines, Ca. 95726

(530) 644-2704

Defendant Served/Re: Wayne D. Smith v. Officer John Giovannini
U.S.D.C. Eastern Dist. Case No. 2:15-cv-1410DB PS
Attn: Clayton T. Cook
Deputy County Counsel
175 Fulweiler Ave
Auburn, Ca. 95603