PLACER COUNTY COUNSEL'S OFFICE
Clayton T. Cook, Esq. (SBN 260891)
Julia M. Reeves. Esq.  (SBN 241198)
175 Fulweiler Avenue
Auburn, California 95603
Telephone:      (530) 889-4044
Facsimile:      (530) 889-4069

Attorney for Defendant John Giovannini

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE D. SMITH,<br><br>                Plaintiff,<br><br>        v.<br><br>OFFICER JOHN GIOVANNINI, et al.,<br><br>                Defendants. | Case No.  2:15-cv-01410-DB<br><br>**DEFENDANT JOHN GIOVANNINI'S DISCLOSURE OF EXPERT WITNESS** |

        Pursuant to Federal Rule of Civil Procedure 26(a)(2), Defendant John Giovannini hereby discloses the following person who may offer expert testimony in a trial of this matter:

**RETAINED EXPERT**:

        Defendant may elicit testimony from the following retained expert listed below:

        Lieutenant David Anthony Rose (Ret.), Rose Consulting, 12410 Erin Drive, Auburn, CA 95603; 530-305-8035.

        Lieutenant Rose will provide testimony regarding the use of force by Detective Giovannini as it relates to plaintiff Wayne Smith and whether Detective Giovannini followed police procedures and protocols.  A true and correct copy of Lieutenant Rose's report, including all contents required by Federal Rule of Civil Procedure 26(a)(2)(B) is attached hereto as **Exhibit "A."**

1      Defendant reserves the right to call as expert witnesses at trial any other disclosed experts

2 who have been deposed, or to supplement this disclosure in accordance with the Federal Rules of

3 Civil Procedure, the local rules of the Eastern District of California and the Court's Pre-trial

4 Scheduling Order.

5 Dated:  June 16, 2017              PLACER COUNTY COUNSEL'S OFFICE

6

7                      By:   /s/ Julia M. Reeves

8                      JULIA M. REEVES
                        Attorney for Defendant John Giovannini

DEFENDANT GIOVANNINI'S DISCLOSURE OF EXPERT WITNESS

1

## **DECLARATION OF PROOF OF SERVICE**

2

I, JENNA PORTER, declare:

3

I am a citizen of the United States and am employed in the County of Placer.  I am over the

4

age of eighteen (18) years and not a party to the within-entitled action.  My business address is 175

Fulweiler Avenue, Auburn, Placer County, California 95603.  On June 16, 2017, I served the within

5

document(s):

6

## **DEFENDANT JOHN GIOVANNINI'S DISCLOSURE OF EXPERT WITNESS**

7

8

☐   BY U.S. MAIL:  By placing a true copy thereof enclosed in a sealed envelope and placing it
in a designated area for outgoing mail, addressed as set forth below.  I am readily familiar

9

with the practice of this office with respect to collection and processing of documents for
mailing.  On the same day that correspondence is placed for collection and mailing at

10

Auburn, California, it is deposited in the ordinary course of business with the United States
Postal Service in a sealed envelope with postage fully prepaid.

11

12

☒   BY U.S. MAIL:  By placing a true copy thereof enclosed in a sealed envelope with the
postage fully prepaid and depositing said envelope(s) with the United States Postal Service at

13

Auburn, California, addressed as set forth below.

14

☐   BY MESSENGER SERVICE:  By causing such document(s) to be delivered by messenger

15

to the person(s) at the address(s) as set forth below.

16

☐   BY OVERNIGHT MAIL:  By placing the document(s) listed above in a sealed envelope and
depositing said envelope(s) with delivery fees paid or provided for, in a box or other facility

17

maintained by Federal Express.

18

☐   BY FACSIMILE TRANSMISSION:  Based on an agreement of the parties to accept service
by fax transmission, I faxed the documents to the persons at the fax numbers as set forth

19

below.  No error was reported by the machine.  A copy of the record of the fax transmission,

20

which I printed out, is attached.

21

Wayne D. Smith
Post Office Box 335

22

Georgetown, CA  95634

23

I declare under penalty of perjury under the laws of the State of California that the foregoing

24

is true and correct.  Executed on June 16, 2017, at Auburn, California.

25

*Jenna Porter*

26

JENNA PORTER

27

28

3

**EXHIBIT A**

**Expert Report of David A. Rose**

The following constitutes my initial report in this case.

1.      **Purpose**

The purpose of my involvement in this case is to conduct and independent and objective review of the evidence and circumstances relating to the arrest of Wayne Smith on July 3, 2013 at approximately 2148 hours by Detective John Giovannini.

The scope of my investigation is related to the use of force by Detective Giovannini as it relates to Plaintiff Wayne Smith and whether Detective Giovannini followed police procedures and protocols.

2.      **Qualifications**

A true and correct copy of my Curriculum Vitae is attached hereto.  To summarize, I served for 25 years for various Sheriff's Departments and Police Departments in Northern California, including the Union City Police Department, the Rocklin Police Department and the Placer County Sheriff's Department.  The majority of my career was spent with the Placer County Sheriff's Department, where I retired with the rank of Sheriff Lieutenant in 2003.  I was a member of the Special Enforcement Team (SWAT) for the Placer Sheriff's Department from 1980 to 2003.  I received a number of awards during the course of my career including Silver Stars for Bravery in June 1990, October 1990 and April 1992, two Bronze Medals of Honor and a Bronze Medal of Valor.

During my law enforcement career, I participated in a number of specialized assignments, including: Primary Defensive Tactics Instructor, Primary Impact Weapons Instructor, Primary Firearms Instructor, Threat Assessment, Tactical Instructor, Special Enforcement Team (Special Weapons & Tactics) Commander, Special Enforcement Team Leader, Explosive Ordinance Detail Commander, Canine Team Manager, Field Services Training Coordinator, Indian Affairs Liaison, Boat Patrol Commander, Hostage Negotiation Team Commander, OES Hazardous Materials Mutual Aid Liaison, Exercise Design Team, and Field Training Officer.

I served in the United States Army from 1971-1973 with the rank of Specialist Four.  I was awarded the Bronze Star for my military service.

I have a Bachelor's Degree in Public Administration from the University of San Francisco, where I graduated Cum Laude in 1980.

I established Rose Consulting in 1995, where I am an owner.  I continue to actively participate in job related training, including training as recently as March 2017.  I

1

regularly teach courses on a variety of law enforcement related topics, including on use of force. I have taught courses at over 40 law enforcement agencies and teach both basic and advanced officer training. I additionally have developed a number of training exercises, involving multiple agencies, where in simulations included hostage situations, explosive device exercises and hazardous materials spills.

**3.    List of Publications**

As required by Federal Rule of Civil Procedure, Rule 26a(2)(B)(iv), I have authored the following publications in the past 10 years:

Stories (2) printed in <u>W.I.N. Critical Issues in Training & Leading Warriors (2008) by Brian Willis.</u>

Story printed in <u>If I Knew Then by Brian Willis (2010).</u>

Co-author of <u>Weaponless Defense Instructor Manual</u> (2013).

Co-author of <u>Impact Weapons Instructor Manual</u> (2014).

Co-author of <u>Ground Control Instructor Manual</u> (2014).

**4.    Previous Testimony**

As required by Federal Rule of Civil Procedure, Rule 26a(2)(B)(v), below is a list of all expert witness retention and/or testimony for the past four years:

<u>**Criminal Court:**</u>

Retained by Aaron Fitzgerald of the San Mateo County District Attorney's Office as Use of Force Expert in *People v. Rapada* case. <u>Certified & Testified as Use of Force Expert </u>in San Mateo Superior Court. (2013)

Retained by William R. Rapoport as Use of Force, Training & Police Practices expert in *People v. Tyson Powers* case Madera County. (2016)

<u>**Civil Court, Civil Service Commissions, Arbitrations:**</u>

Retained by Louis Silver of Silver & Katz, <u>Certified & Testified as Police Practices, Training, Use of Force, Witness Perceptions Expert for Defense</u> in Civil Service Hearing in Robles v. Santa Clara County case. (2013)

Retained by Chris Miller of Mastagni Law Firm, <u>Certified & Testified as Use of Force, Juvenile Hall Procedures, Training expert for Defense</u> in James Ford v. Sacramento Probation Department Arbitration. (2013)

Retained by Mark Kruger, <u>Certified & Testified as Use of Force, Choking, and Carotid Control Expert</u> in *Miller v. Tracy* arbitration hearing. (2014)

Retained by William R. Rapoport as Use of Force & Police Practices Expert in Wanda Johnson et al. v. B.A.R.T. case. (2014)

Retained by Manolo Olaso of Griffin Law Firm, <u>Deposed as Use of Force & Taser Expert</u> in *Boarman v. County of Sacramento* case for <u>Plaintiff.</u>(2014)

Retained by Aaron Cohen Legal Counsel for CCPOA, <u>Certified & Testified as Use of Force and Impact Weapon/Body Weapon Marking Expert</u> in State Personnel Board Hearing *Alexander v. Ivicevich*. (2014)

Retained by David Mastagni Jr., <u>Certified & Testified as Use of Force & Body Weapons Marking Expert</u> in *Robert Johnson v. Stockton PD* Arbitration. (2014)

Retained by Alison Berry Wilkinson, <u>Certified & Testified as Use of Force, Carotid, Choking & Body Weapons Marking Expert</u> in *Tim Brown v. Tracy PD* Arbitration case. (2014)

Retained by Kasey Clark, California Statewide Law Enforcement Association as a Use of Force & Police Practices Expert in Adicoff & Monelo SPB case. (2015)

Retained by Bruce Kilday of Angelo, Kilday & Kilduff as a Use of Force & Police Practices Expert in *the Arias v. City of Woodland et al* case. (2015)

Retained by Joe Rose of Joe Rose Law as Use of Force, Jail Procedures, Police Practices, Defensive Tactics expert in Civil Service Appeal Hearing in *Hensheid v. El Dorado County Sheriff* case. <u>Certified & Testified as Use of Force, Jail Practices, Defensive Tactics Expert.</u>(2015)

Retained by Joe Rose of Joe Rose Law as a Use of Force & Police Practices Expert in *Owen v. CDFW* Appeal case. (2015)

Retained by Steve Welty of Mastagni Law Firm as a Use of Force & Police Practices Expert in *Thanh Nguyen  v. CSU Monterey* Administrative case. (2015)

Retained by Judith Odbert of Mastagni Law Firm as Use of Force, Police Practices, Training expert in Josh Klinge South Lake Tahoe PD Force case. (2015). <u>Certified & Testified as Use of Force, Police Practices & Training expert</u> in El Dorado Grand Jury (2017).

Retained by David Mastagni Jr. of Mastagni Law Firm as Use of Force, Police Practices, Training and Carotid Control expert in use of force incident involving Matthew Garlick in Stockton PD evaluation case. (2016)

Retained by Carrie A. McFadden of Angelo, Kilday & Kilduff, LLP as a Use of Force, Training and Police Practices expert in *Rogers, et al. v. Morawcznski, et al.* case. (2016)

Retained by Beau Weiner of Weiner Martinez, LLP as Plaintiff's Use of Force Expert in *Jurgens v. California Highway Patrol* case. (2016)

Retained by Robert L. Baumann of Adams, Ferrone & Ferrone as Use of Force expert in Luis Casillas Use of Force/OIS arbitration case. <u>Certified & Testified as Use of Force Expert.</u> (2016/2017))

Retained by Cort V. Wiegand as Plaintiff's Use of Force/Police Practices expert in *People v. Wylam* case. Advised attorney to not proceed. (2016)

Retained by Robert L. Baumann of Adams, Ferrone & Ferrone as Use of Force expert in Rudy Alarcon administrative appeal case. (2016)

Retained by Gregory B. Thomas of Boornazian, Jensen & Garthe as Jail Expert in *Frausto v. Alameda County* case. (2016)

Retained by Kevin J. Dehoff of Angelo, Kilday & Kilduff as Use of Force Expert in *Boone v. City of Galt*, et al. case. (2017)

## 5.    Compensation

As required by Federal Rule of Civil Procedure, Rule 26a(2)(B)(vi), my compensation is as follows: I am being compensated at a rate of $250/hour for document review and $320/hour for deposition/testimony.  I charge additional costs for travel time, mileage, etc.

## 6.    Facts/Data Relied Upon

I have been provided copies of the Amended Complaint filed on February 10, 2016, the Crime/Incident Report relating to this incident and the deposition transcript of Wayne Smith taken on May 25, 2017.

P.O.S.T. Learning Domains 20, Use of Force; 21, Patrol Techniques; 33, Arrest Methods.

California Penal Code sections: 835a, Use of Force; 459, Burglary; 466, Possession of Burglary Tools; 242, Battery; 243(b), Assault & Battery on Peace Officer.

Placer County Code Section 15.56.140 D, Compliance.

18 U.S. Code Section 912, Pretending to be Officer of United States.

Marvin v. Taylor 06-2008, 509 F.3d 234 (6th Cir. 2007).

Graham v. Conner 109 S.Ct 1865 (1989).

Forrester v. San Diego 25 F.3d 804 (9th Cir. 1994).

Secondo v. Campbell 08-14983 (11th Cir. 4/8/09).

Rodriquez v. Farrell 06-13147 (11th Cir. 2002).

Anderson V. Creighton 483 U.S. 635, 107 S. Ct (1987).

Smith v. Hemet 02-56445 (9th Cir. 1/10/05).

7.   **Exhibits**

I anticipate using the documents identified in Section 6 to support my testimony.

8.   **Opinions**

**LIST OF OPINIONS AND REASONS/BASIS FOR OPINIONS**

On July 3, 2013, the property known as "The Falcon Lodge" had been condemned and closed by order of the Placer County Health Department. The property had been signed and posted as specified by Placer County Section 15.56.210. (PCSO Crime Report #13-6105, p. 1.) The foreclosure and condemnation of the property had occurred some month's prior. The new owners of the property are the East Bay Investors group. (Report #13-6105 p. 3, ph. 4.)

Deputy Giovannini had knowledge of the Health Department order, as part of his normal investigative duties. Giovannini knew that the prior owner, Fred Hodgson, had been entering the property in violation of the closure order and allowing other persons to occupy and/or use the property. (PCSO Report #13-6105, p. 1, Synopsis.) Giovannini also knew that Hodgson had refused to accept the loss of the property and that the Lodge had been foreclosed upon. Giovannini and Detective Lasagna had checked the Lodge complex after a recent nearby burglary, and saw evidence that three different rooms appeared to have been used recently. (PCSO Report #13-6105 p. 2, ph.1.)

The week prior to the incident in question, Giovannini saw that the required closure signs were in place on the Lodge property advising persons to not enter the property. On July 3, 2013, Giovannini was working in an unmarked investigation vehicle wearing a PCSO raid vest with a badge on the chest area. Due to the holiday weekend, there was a large amount of vehicle and pedestrian traffic in the area. Giovannini drove into the Lodge parking lot and saw that the warning/closure signs were no longer posted. In

5

their place, were signs allowing vehicle parking for the holiday traffic. (Crime Report #13-6105, p. 2, ph. 1.)

When Giovannini entered the parking lot of the Lodge property, he was waived down by a male subject eventually identified as Wayne Douglas Smith, 8/22/53. Smith had been sitting inside a vehicle parked alongside the "manager's office" area of the complex. Upon seeing Giovannini's identifying clothing, Smith began to yell at him and demanded that Giovannini leave the area. Giovannini verbally identified himself as a peace officer and asked Smith who he was and what Smith was doing at the location. Smith poked Giovannini's left forearm 4 times with his right index finger. Giovannini inquired of Smith if he realized that he was a peace officer, as Giovannini pointed to his badge. Smith replied with a raised voice, "I know who you are". Giovannini began to drive away from Smith and Smith yelled at him, "Don't go in there", and stated that he was a federal agent. (Crime Report #13-6105, p. 2, ph. 2.) Smith denied having any physical contact with Giovannini in his deposition. (Deposition p. 45 lines 20-24.)

Smith had committed a violation of Penal Code Section 243, Battery on a Peace Officer, and 242, Battery, and subject to arrest for either/both sections. (California Penal Code Sections 242 & 243 (b).)

Giovannini requested back up support from patrol deputies, due to his fear that Smith was going to be confrontational and potentially violent. As patrol deputies arrived on the scene, Giovannini called Smith to come to his location, but Smith changed direction and walked to the edge of the crowd on the adjacent beach. Giovannini grabbed Smith's right arm, advised him it was a crime to "lay hands on me", and told Smith that Smith needed to explain what he was doing in the closed complex. (Crime Report #13-6105 p. 2, ph. 3.)

Smith stated that he was contracted to perform "private investigations" work and that he is a federal agent and everything was top secret. Smith admitted to living in the manager's unit. Giovannini checked the manager's unit and saw signs consistent with someone living at the location. Smith had a key to the unit on his belt. (Crime Report #13-6105 p. 3, ph. 1.)

Giovannini arrested Smith for violations of 459 and 466 of the Penal Code. Deputy Maguire transported Smith and Smith's dog to the July 4th weekend Command Post.

Smith alleges in his Complaint that Giovannini immediately placed him under arrest upon first contact. He also alleges that he was subjected by Giovannini with being handcuffed, "belly chained", & shackled on his ankles. Smith also claims to have been "thrashed" and had his "physical body around the parking lot." (Complaint p. 5, #2, #3, #4.)

Smith claims that all of this violence was captured by video surveillance "as is custom of U.S. Federal Government Contractors." (Complaint p. 5, #3.) Again, making an indication that he believes he is acting as an agent of the United States Government.

Smith again asserts that he is a contracted employee of the US government in his deposition testimony. (Deposition p. 32 lines 3-6.)

Smith contradicts himself during the deposition, denying that he took up residence at the Falcon Lodge, and then admitting that he worked there and wasn't sleeping there but "Coming and going, yeah", he was sleeping there. He also admitted to possessing keys to the office area of the Lodge in violation of the condemnation order. (Deposition p. 39 line 22 to p. 40 line 18.) This could reasonably be construed as possessing burglary tools in this instance. (Penal Code 466.)

Smith admitted to "interviewing people and gathering names, information, as to the reasons for all those people being parked there." No doubt, probably violating federal 18 U.S. Code Section 912. (Deposition p. 42 lines 8-12.)

Smith testified at the deposition that the incident took place at "about 3:30ish in the afternoon toward 4 o'clock". The incident actually transpired at 2148 hours, or about 9:48 PM. (Deposition p. 43 lines 9-13; PCSO Report p. 1.)

Smith alleges in his deposition that Giovannini immediately arrested him upon first contact, after "a brief conversation" for burglary. Smith further claims that Giovannini "…putting chains on me and throwing me in a squad car". Smith claims he was not resistant at anytime. (Deposition p. 43 lines 20-24.) In his complaint, Smith alleges Giovannini "then belly chained and hand cuffed plaintiff and put shackles on plaintiff's ankles." Smith further alleges that Giovannini "thrashed plaintiff's physical body around the parking lot." (Complaint p. 5 #3, #4.) (Deposition p. 46 lines 4-15.)

Smith testified that Giovannini was in a marked police car. Giovannini was actually driving his unmarked investigation vehicle. (Deposition p. 44 lines 2-4; PCSO Report p. 1-2.) Smith alleges that Giovannini placed him into the patrol car. However, the Crime Report indicates that Patrol Deputy Meguire transported Smith. Customarily, the transporting officer will place the arrestee into the vehicle after conducting a secondary search and ensuring the arrestee is secured in the vehicle. Thus, it would be Deputy Meguire who actually placed Smith into the patrol car for transport. (PCSO Report p. 3 ph. 2; Personal experience as a Peace Officer for 28 years.)

The most specific Smith is about the use of force he is complaining about, is in his deposition. Smith testified that, "Well, I was belly chained and ankle chained. His hands were initially pulling my right shoulder and thrashing me about and throwing me into the squad car at a leftward angle, as I recall, and making sure my head didn't hit the door as is customary with any police officer." (Deposition p. 47 lines 19-24.)
Smith is describing how any reasonable officer would place a handcuffed prisoner into a vehicle. He has not provided any description of any use of force; particularly no description of unreasonable or excessive force. (Personal knowledge as a Peace Officer for 28 years; Personal experience as an Arrest Control Instructor for 37 years.)

Smith claims that his "service dog" HD has performed drug searches for the Placer County Sheriff's Office in the past. From the information provided to me thus far, there is no credible evidence that Smith's dog has provided any service to the Sheriff's Office.

Smith's only complaint of injury is aggravation of prior existing injuries. These were unknown to Giovannini. Even if Smith had advised Giovannini of these prior existing injuries, case law has held that officers need not take those statements as true. (Secondo v. Campbell; Marvin v. City of Taylor; Rodrigues v. Farrell; Co-Author of Case Law Book; Case Law Instructor for 35 years.)

**Conclusions:**

Clearly, Mr. Smith's recollection of the facts & events of this incident are inconsistent at best. He presents no evidence of an actual use of force by Deputy Giovannini, let alone any unreasonable force. Clearly there was probable cause to believe that Smith violated Penal Code sections 459 and 466. Additionally, he could have been arrested and charged with violations of Penal Code 243(b), and 148(a) under Smith v. Hemet for failure to comply with lawful verbal orders of Giovannini and walking away. (Smith v. Hemet; Anderson v. Creighton; Graham v. Conner; Penal Code Sections 459, 466, 243(b); Personal experience as a Peace Officer for 28 years; Sheriff's Lieutenant for 10 years.)

Case law is clear that reasonable force does not become excessive force merely because it aggravates a pre-existing condition, which was unknown to the officer at the time force was used. Further, case law is clear that officers need not credit everything a suspect tells them, especially when in the process of handcuffing. Force used to handcuff a suspect includes that force used to place a suspect into a car. Placing a suspect into a vehicle requires a certain degree of force. (Secondo v. Campbell; Rodrigues v. Farrell; Personal experience as a peace officer for 28 years; Personal knowledge as an Arrest Control Instructor for 37 years.)

Officers are required to use objectively reasonable force, not the least amount of force possible. An officer's actions must be evaluated based on what an officer of similar training, knowledge and experience might have done in a similar fact pattern situation. It is clear that Giovannini was in compliance with these concepts. (Graham v. Conner; Forrester v. San Diego; Anderson v. Creighton; Personal experience as a Peace officer for 28 years; Personal knowledge as Case Law Instructor for 37 years; Personal knowledge as an Arrest Control Instructor for 37 years.)

I reserve the right to utilize any of the exhibits listed during my testimony. Should other materials become available prior to my testimony and those materials change or support any of my opinions/conclusions, I will submit a supplemental report.

DATE: June *15*, 2017                    By: _David A Rose_

David Rose

8

## CURRICULUM VITAE

**NAME:**              David Anthony Rose
**ADDRESS:**           12410 Erin Drive, Auburn, Ca. 95603

**PHONE NUMBERS:**     Home: (530)-823-0294
                       Cellular: (530) 305-8035
**DATE OF BIRTH:**     05/27/51
**EDUCATION:**

| | | |
|---|---|---|
| Tennyson High School | Hayward, Ca. | Graduated 6/69 |
| Claremont Men's College | Claremont, Ca. | 9/69-1/70 |
| Chabot Jr. College | Hayward, Ca. | A.A. Degree 3/75 |
| San Jose State Univ. | San Jose, Ca. | 9/75-12/77 |
| Sacramento State Univ. | Sacramento, Ca. | 9/79-12/79 |
| Univ. of San Francisco | San Francisco, Ca. | BPA Degree 12/80 |

**MILITARY SERVICE:**

| | |
|---|---|
| United States Army: | 10/18/71-10/17/73 |
| Rank: | Specialist Four |
| Specialty: | Military Police |
| Active Duty: | 2 Years |
| Overseas Post: | Vietnam |
| Awards: | Bronze Star |

**EMPLOYMENT HISTORY:**

| | |
|---|---|
| 1/95-Present | Rose Consulting |
| 1/16/93 to 12/1/03 | Placer County Sheriff  Lieutenant |
| | Patrol & Investigation |
| 3/25/89 to 1/16/93 | Placer County Sheriff  Sergeant |
| | Jail & Patrol |
| 1/30-86 to 3/25/89 | Placer County Sheriff  Deputy 2 |
| 8/85 to 1/86 | Rocklin Police Dept.   Sergeant |
| 3/85 to 8/85 | Placer County Sheriff  Sergeant |
| 10/78 to 8/85 | Placer County Sheriff  Deputy Sheriff |
| 12/77 to 10/78 | Union City Police Dept. Reserve Policeman |
| 10/71 to 10/73 | United States Army Military Policeman |

**SPECIALIZED ASSIGNMENTS:**
Primary Defensive Tactics Instructor
Primary Impact Weapons Instructor
Primary Firearms Instructor
Threat Assessment
Tactical Instructor
Special Enforcement Team (Special Weapons & Tactics) Commander
Special Enforcement Team Leader
Special Enforcement Team Assistant Team Leader
Special Enforcement Team Entry Team Leader

Explosive Ordinance Detail Commander
Canine Team Manager
Field Services Training Coordinator
Indian Affairs Liaison
Boat Patrol Commander
Hostage Negotiation Team Commander
OES Hazardous Materials Mutual Aid Liaison
Exercise Design Team
Field Training Officer

**ORGANIZATIONS:**

| | |
|---|---|
| Special Enforcement Team, (SWAT), Placer Sheriff's Dept. | 1980-2003 |
| Shotokan Karate of America | 9/80- Present |
| Placer County Deputy Sheriff's Assoc. | 10/78-12/03 |
| Butokukai Karate | 5/70-10/78 |
| Cameron Consulting-Senior Instructor | 1980-Present |
| International Asso. of Law Enforcement Firearms Instructors | 1988-Present |
| American Society of Law Enforcement Trainers | 1991-2005 |
| National Tactical Officers Association | 1990-Present |
| USA Aiki Jujitsu | 1992-Present |
| California Association of Tactical Officers | 1998-Present |
| Association of Threat Assessment Professionals | 1999-2006 |
| International Law Enforcement Educators & Trainers | 2003-Present |

**AWARDS AND CITATIONS**

| | |
|---|---|
| Outstanding Leader and Physical Combat Proficiency Test Champ | U.S. Army Basic Trng. |
| Bronze Medal, February 1973 | Vietnam U.S.Army |
| A.A. Degree,   Administration of Justice Graduate with Honors | Chabot Jr.College |
| Graduate Police Academy #1 in class, Academic Ldr. | Modesto |
| Graduate "Cum Laude" Bachelor of Public Admin. | U.S.F. |
| Brown Belt, Shorinji-ryu Karate | Butokukai |
| Black Belt, 3rd Degree | Shotokan Karate |
| Black Belt 6th Degree | U.S.A.Aiki-JuJutsu |
| Bronze Medal of Valor | 11/89 |
| Silver Star for Bravery | 06/90 |
| Silver Star for Bravery | 10/90 |
| Silver Star for Bravery | 04/92 |
| 2 Bronze Medals of Honor | 11/94 |
| Basic P.O.S.T. Certificate | 10/79 |
| Intermediate P.O.S.T. Certificate | 10/80 |
| Advanced P.O.S.T. Certificate | 10/82 |
| Supervisory P.O.S.T. Certificate | 7/92 |
| Management P.O.S.T. Certificate | 3/97 |

Curriculum Vitae David A. Rose

2

International Who' Who of Professionals                01/98
J. Edgar Hoover Memorial Gold Medal for Distinguished  11/02
    Public Service

**JOB RELATED TRAINING:**

| Subject | Date | Hours |
|---|---|---|
| Basic Academy | 10/78-1/79 | 480 |
| Narcotic & Drug Identification | 7/79 | 8 |
| Legal Update on Deadly Force Issues | 7/80 | 7 |
| Arrest Control Techniques | 8/80 | 40 |
| Legal Update-Excessive Force | 8/80 | 7 |
| Legal Update-Civil Rights Violations | 9/80 | 7 |
| Tactical Safety Course | 11/80 | 40 |
| Legal Update-Vehicle Searches & Inter. | 11/80 | 7 |
| Defensive Tactics | 12/80 | 24 |
| Defensive Tactics | 1/81 | 24 |
| Legal Update-Ramey,Detentions,Informants | 2/81 | 7 |
| Basic Criminal Investigations | 3/81 | 40 |
| Arrest Control Techniques | 3/81 | 8 |
| Defensive Tactics Teacher Training | 5/81 | 80 |
| Basic Swat Training | 9/81 | 40 |
| Crowd Control & Civil Disorder | 10/81 | 48 |
| PR-24 Baton | 3/82 | 8 |
| Homestudy Supervision Course | 4/82 | |
| Alcohol & Drug Recognition | 5/82 | 24 |
| PR-24 Baton Instructor | 9/82 | 40 |
| Defensive Tactics | 12/82 | 24 |
| Legal Update-General | 12/82 | 8 |
| Skelly Issues | 2/83 | 8 |
| Firearms Instructor | 7/83 | 46 |
| Legal Update | 12/83 | 8 |
| Emergency Vehicle Operations | 1/84 | 8 |
| Street Survival Seminar | 9/84 | 16 |
| Advanced SWAT | 11/84 | 24 |
| Impact Weapon Instructor SN# 001 | 3/85 | 80 |
| Survival Shooting Instructor | 5/85 | 40 |
| Supervisory Course | 10/85 | 80 |
| Defensive Tactics Inst. Update | 1/85 | 16 |
| Legal Update-Patrol Activities | 6/85 | 7 |
| Defensive Tactics Inst. Update | 5/86 | 16 |
| I.A.L.E.F.I. Conference | 9/86 | 8 |
| Defensive Tactics Inst. Update | 11/86 | 16 |
| Field Training Officer | 12/86 | 40 |
| Survival Shooting Inst. Update | 2/87 | 8 |

| | | |
|---|---|---|
| SWAT Update | 4/87 | 16 |
| Defensive Tactics Inst. Update | 9/87 | 16 |
| SWAT Rappelmaster | 11/87 | 48 |
| 11550 Drug Influence | 12/87 | 20 |
| Advanced Officer Training | 12/87 | 30 |
| Advanced Officer Training | 3/88 | 40 |
| I.A.L.E.F.I. Conference | 5/88 | 8 |
| Sig Sauer Transition Training | 6/88 | 10 |
| Impact Weapons Inst. Update | 2/89 | 16 |
| Defensive Tactics Inst. Update | 2/89 | 16 |
| Jail Liability-Supervision Trng | 3/89 | 16 |
| MP-5 Submachine Gun Course | 11/89 | 24 |
| Dynamic Clearing Techniques | 11/89 | 16 |
| Tactical Operations Commander | 8/90 | 40 |
| Tactical Edge Street Survival Seminar | 10/90 | 16 |
| Telecommunications Training | 11/90 | 4 |
| Tactical Submachine Gun | 6/91 | 40 |
| Active Countermeasures | 6/91 | 4 |
| High Risk Warrant Preparation & Exec. | 6/91 | 8 |
| Clandestine Lab Investigations | 9/91 | 8 |
| Surveillance & Counter-Surveillance | 10/91 | 8 |
| Distraction Device Instructor | 11/91 | 16 |
| Tactical Diagramming | 12/91 | 8 |
| Combined SWAT Training Day | 3/92 | 8 |
| MP-5 Instructor | 6/92 | 40 |
| Drug & Alcohol Recognition Trng. | 12/92 | 24 |
| Internal Affairs Investigation | 04/93 | 24 |
| Liability Update | 06/93 | 16 |
| Management Course | 05-07/93 | 80 |
| Community Policing | 09/93 | 8 |
| Legal Update | 12/93 | 8 |
| Hazardous Materials/Incident Commander | 02/94 | 40 |
| Police Pursuits-Liability Issues | 03/94 | 8 |
| Crimes & Drugs on Indian Reservations | 05/94 | 16 |
| Enhanced Exercise Design | 06/94 | 40 |
| Psychology of Survival | 07/94 | 16 |
| Law Enforcement Incident Command System | 09/94 | 24 |
| 1995 Legal Update | 11/94 | 8 |
| Home Invasion Robberies | 12/94 | 8.5 |
| ASLET International Seminar | 01/95 | 40 |
| Hostage Negotiations Seminar | 03/95 | 16 |
| Krav Maga Defensive Tactics Seminar | 09/95 | 12 |
| 1996 Legal Update | 12/95 | 8 |
| Discipline & Investigative Process | 03/96 | 8 |
| Grant Writing Basics | 03/96 | 12 |

Curriculum Vitae David A. Rose

| | | |
|---|---|---|
| SWAT Managers | 03/96 | 24 |
| MP5 Operators/Instructor Update | 07/96 | 40 |
| P.O.S.T. Coordinators Course | 11/96 | 12 |
| Sudden Custody Death Syndrome (RIPP) Instructor Course | 4/97 | 8 |
| Hazardous Materials Investigators Association Conference | 5/97 | 24 |
| P.O.S.T. Training Needs Assessment | 5/97 | 24 |
| Core Investigator's Course | 9/97 | 84 |
| Hostage Rescue/Vehicle & Bus Assault Rapid Deployment/Officer-Citizen Rescue | 11/97 | 40 |
| NTOA Policing Extremist Groups | 07/99 | 24 |
| Police Pursuits Update | 10/99 | 8 |
| Civil Liability Update 1999 | 10/99 | 8 |
| Use of Force Update 1999 | 10/99 | 8 |
| Western Police & SWAT Symposium | 04/00 | 24 |
| Bomb Squad Management Course | 05/00 | 24 |
| American Indian Cultural Awareness | 07/00 | 8 |
| Advanced Taser Instructor | 08/00 | 8 |
| Civil Disorder Management | 02/01 | 16 |
| Less Lethal Munitions Instructor | 03/01 | 16 |
| Response to Critical Incidents in Schools | 02/02 | 16 |
| Weapons of Mass Destruction, Train the Trainer | 04/02 | 32 |
| Response to Domestic Biological Incidents Trainer | 08/02 | 24 |
| PepperBall Instructor Certification | 03/03 | |
| Advanced Threat Assessment & Management | 04/03 | 24 |
| International Law Enforcement Educators & Trainers Assoc. Conference | 04/04 | 40 |
| Laser Sight Instructor | 03/05 | 2 |
| International Law Enforcement Educators & Trainers Assoc. Conference | 04/05 | 40 |
| OC Aerosol Projectors Instructor | 04/05 | 8 |
| International Association of Law Enforcement Firearms Instructors Conf. | 06/05 | 40 |
| Armorer Certification for Sig P229 | 06/05 | 8 |
| California Association of Tactical Officers Conf. | 08/05 | 24 |
| International Law Enforcement Educators & Trainers Assoc. Conference | 04/06 | 40 |
| California Association of Tactical Officers Conf. | 07/06 | 24 |
| California Association of Tactical Officers Tactical Operations Liability Course | 01/08 | 16 |
| International Law Enforcement Educators & | 04/08 | 32 |

Curriculum Vitae David A. Rose

| | | |
|---|---|---|
| Trainers Assoc. Conference | | |
| Taser X26/M26 Instructor Certification | 04/08 | 16 |
| International Law Enforcement Educators & Trainers Assoc. Conference | 04/09 | 32 |
| California Association of Tactical Officers Commanders Meeting | 09/09 | 8 |
| California Association of Tactical Officers Conference | 09/09 | 16 |
| Force Science Institute Force Analysis | 02/10 | 40 |
| International Law Enforcement Educators & Trainers Assoc. Conference | 04/10 | 32 |
| International Law Enforcement Educators & Trainers Assoc. Conference | 04/11 | 32 |
| International Law Enforcement Educators & Trainers Assoc. Conference | 04/12 | 32 |
| International Law Enforcement Educators & Trainers Assoc. Conference | 04/13 | 32 |
| Taser Instructor X26, X2, & X26P Certification | 04/13 | 16 |
| California Association of Tactical Officers Conference | 11/13 | 24 |
| International Law Enforcement Educators & Trainers Assoc. Conference (Prone Restraint Analyzing the Science) (Street Officer Medical Tactics) (Dynamic Resistance Response Model) (Best Practices Dangerous Dogs) (Taser Training Update) | 03/14 | 32 |
| California Association of Tactical Officers Tactical Conference (Contemporary SWAT Command Issues) (Reality of Police Combat) (Leadership Challenges with Injuries) (TEMS, Surviving School Shootings) (Oak Creek Massacre debrief) (Las Vegas Hostage Rescue Debrief) (Terrorism Fundamentals) (Bullet Proof Mind) | 11/14 | 28 |
| International Law Enforcement Educators & Trainers Assoc. Conference (In Custody Death Research Updates) (Understanding Reaction Time in Law Enforcement Training) (Dare to Be Great) (Ambush: Preparing Your Officers) (Building Warrior Women Trainers) | 4/15 | 40 |

Curriculum Vitae David A. Rose

6

| | | |
|---|---|---|
| (Use of Force Panel) | | |
| International Law Enforcement Educators & Trainers Assoc. Conference | 3/16 | 40 |
| California Association of Tactical Officers | 11/16 | 24 |
| Tactical Conference | | |
| Closing the Gap | | |
| Contemporary Tactical Issues | | |
| Risk Management in SWAT | | |
| San Bernardino Terrorist Debrief | | |
| Tactical Response Process | | |
| 50 Caliber Deployment Against Vehicle IED | | |
| Human Performance in High Stress Incident | | |
| Read-Recognize-Respond De-Escalation | 12/16 | 8 |
| International Law Enforcement Educators & Trainers Assoc. Conference | 3/17 | 40 |
| Edged Weapons Effective Defensive Movement | | 4 |
| Police Use of Force Critical Decision | | 2 |
| PERF's Guiding Principles | | 2 |
| Inter-generational Communication | | 2 |

## **TEACHING EXPERIENCE:**

Credential: Community College Lifetime Limited Service-Law Enforcement

Past:

Santa Rosa Training Center, Santa Rosa J.C.
Modesto Training Center, Yosemite College District
Alameda Sheriff's Training Center, Las Positas College
Sierra College, Rocklin
Yuba College Public Safety Center
Part Time Staff at the following Colleges (Training Centers)

Current:

Sacramento Training Center, Los Rios College District
Napa Valley College, Napa
Contra Costa Sheriff's Training Center

Cameron Consulting (Senior Instructor)-1981 to Present

Subjects Taught:

Defensive Tactics
Firearms/Survival Shooting
Impact Weapons
Officer Safety and Field Tactics
Crowd Control & Cell Extraction
SWAT-Basic, Updates, and Advanced
VIP Protection
Reserve Levels 1,2, & 3

Curriculum Vitae David A. Rose

7

CAMP Program
Instructor Training - Defensive Tactics, Impact Weapons
      Firearms, Survival Shooting, Crowd Control
Submachine gun Training
Liability & Training Legal Update
Use of Force

Owner of Rose Consulting teaching the same above subject matter.

**Partial list of agencies taught:**

    Placer County Sheriff's Dept.
    Rocklin Police Dept.
    Auburn Police Dept.
    Roseville Police Dept.
    San Joaquin County Sheriff's Dept.
    Alameda County Sheriff's Dept.
    Calaveras County Sheriff's Dept.
    Davis Police Dept.
    Mono County Sheriff's Dept.
    Nevada County Sheriff's Dept.
    Treasure Island Armed Forces Police
    U.S. Army Military Police
    U.S. Navy Masters at Arms
    Humboldt County Sheriff's Dept.
    Merced Police Dept.
    Trinity County Sheriff's Dept.
    U.S. Forest Service
    San Jose Police Dept.
    Vacaville Police Dept.
    Solano County Sheriff's Dept.
    Lincoln Police Dept.
    Placer County Probation Dept.
    Yuba County Sheriff's Dept.
    USMC Mare Island
    Reno Police Dept.
    Marin County Sheriff's Dept.
    Colfax Police Dept.
    Yolo County Sheriff's Dept.
    Vallejo Police Dept.
    U.C. Davis Police Dept.
    Contra Costa Probation Dept.
    California State Parole
    California Highway Patrol
    Dept. of Energy, Tonapah, Nevada
    El Dorado County Sheriff's Dept.
    California Department of Corrections
    California Parks & Recreation

Curriculum Vitae David A. Rose

8

South San Francisco Police Dept.
Yosemite National Park Rangers
International Law Enforcement Educators & Trainers Association <u>Presentations</u>:
Presenter 2005: A New View on Police Use of Force
Presenter 2006: Handgun Retention Instructor
Presenter 2009: Choking Expert & Impact Weapons Marking Expert
Presenter 2010: Multiple Officer Arrest Tactics
Presenter 2011: Handgun Retention Instructor & Hostage Officer Escapes Instructor
Presenter 2012: Yawara Stick Instructor
Presenter 2013: Choking Escapes Instructor
Presenter 2013: Carotid Control Instructor
Presenter 2014: Use of Force Panel
Presenter 2014: Basic Ground Control Instructor
Presenter 2015: Use of Force Panel
Presenter 2015: Weapon Retention Instructor
Presenter 2016: Yawara Stick Instructor
Presenter 2016: Use of Force Panel
Presenter 2017: Video Friendly Defensive Tactics
Presenter 2017: Enhanced Video

International Association of Law Enforcement Firearms Instructors <u>Presentation:</u>
Presenter 2005: New Perspectives on Lethal Force Use
California Second in Command Association (Undersheriffs) <u>Presentations:</u>
Presenter 2007: Law Enforcement Opponents, Current & Future
Excessive Force Investigations
Keys to Inmate Management Conference Presentation 2015
Human Dynamics & Decisions Behind Use of Force

**(Above list does not include agencies taught in advanced officer classes, wherein students attend from various agencies.)**
**<u>EXERCISES COORDINATED:</u>**
10/19/93      Functional Simulated hostage SWAT operation at county library entitled; Operation Overdue Book
2/26/94 Functional Simulated hazardous materials problem involving glue products for the city of Auburn entitled; Operation Sticky Situation.
6/10/94 Full Scale Simulated hazardous materials problem involving chlorine leak at City of Roseville's water treatment plant entitled; Operation Royal Flush.
10/14/94      Table Top Preparatory exercise for full scale hazardous materials spill exercise entitled; Operation Yellow Snow.
11/10/94      Full Scale Simulated hazardous materials spill in Tahoe City involving both California and Nevada state agencies entitled; Operation Yellow Snow.
8/30/95 Full Scale Simulated SWAT, Hostage, and Explosive devices exercise at Roseville Hospital involving city and county agencies entitled; Operation Code "D".

**<u>PUBLICATIONS</u>**

Curriculum Vitae David A. Rose                                                    9

Published co-author in the following publications:

The Firearms Instructor magazine; Summer 1992Trainers & Administrators-Allies Against Liability;

  Fall 1992 Unknown, Unmarked & Apparently Unarmed; Annual Training Conference Issue 1992If it Isn't Realistic, Don't Use It; Issue 15 Retention & Body Weapons: The Patrol Necessity.

The Tactical Edge magazine: Fall 1992Training Issues If It Isn't Realistic, Don't Use It;

  Summer 1992 Raising Your Firearms Training Budget; Spring 1993 Confrontational Simulation Training=Real Training; Winter 1993 Allies Against Liability; Summer 1993 The Plainclothes Cop; Summer 1995 Retention of Body Weapons; Summer 1996 Behind The Gear

Law and Order Magazine: April 1999A New View on Police Use of Force;

  May 1999 Combined Agency Training

  June 2004 Training is the Best Defense

  October 2004 Teeth Are Edged Weapons

Police Magazine: August 1999 Justifying the Use of Impact Weapons,

  November 1999 The Break Dancing Was Cool: Atypical Shooting Positions

  August 2000 A Case History: The Use of Less Lethal Munitions.

  October 2000 The Survival Strap.

The Complete Trainer: Use of Force Case Law for Trainers by Varro Press (2001).

Weaponless Defense Instructor Techniques video, Co-producer (2000).

Impact Weapons Instructor Techniques video, Co-producer (2002).

Paradigm of the Moral Warrior by CyberRead Inc. (2004).

Stories (2) printed in Warriors On Living with Courage, Discipline & Honor (2004) by Loren Christensen.

Board of Advisor Member for On Combat by Lt. Col. Dave Grossman

Ground Control Instructor Techniques video, Co-producer (2006).

Stories (2) printed in W.I.N. Critical Issues in Training & Leading Warriors (2008) by Brian Willis.

Story printed in If I Knew Then by Brian Willis (2010).

Co-author of Weaponless Defense Instructor Manual (2013).

Co-author of Impact Weapons Instructor Manual (2014).

Co-author of Ground Control Instructor Manual (2014).

## WITNESS EXPERIENCE:
## Criminal Court:

Retained by Sacramento County District Attorney's Office as Force & Blunt Trauma expert in Criminal Domestic Violence & Torture Case, People v. Jefferson for Prosecution. (1998)

Retained by Placer County District Attorney as Expert in Choking in Domestic Violence case, People v. Jason Carl Smith case for Prosecution.

Retained by Placer County District Attorney's Office R. Owens in Shooting case, People v. Darrel Shane Keller.

Certified and Testified in Placer County Superior Court as Firearms, Use of Force, Deadly Weapons & Training Expert for Prosecution.

  Curriculum Vitae David A. Rose

Retained by Placer County District Attorney's Office as Expert in Choking in Domestic Violence case, People v. Brian Allen Seevers for Prosecution.

Retained by Placer County District Attorney's Office as Expert in Choking in Domestic Violence case, People v. Tony Michael Lundback case for Prosecution.

Retained by Placer County District Attorney's Office as Expert in Use of Force & Police Practices in Resisting Arrest case, People v. John Edward Griffith, by DDA Michael Paschon for Prosecution.

Retained by Placer County District Attorney's Office as Expert in Choking by DDA Ed Jones in People v. Vannetta case for Prosecution.

Retained by Placer County District Attorney's Office as Expert in Strangulation by DDA Ed Jones in People v. Jaborski case Prosecution.

Retained by Placer County District Attorney's Office as Expert in Strangulation by DDA Debra Oldziewski in People v. Lessing for Prosecution.

Retained by Craig Brown as Police Practices, Use of Force & Impact Weapon Markings Expert in People v. Kan & Lee case. Certified & Testified in Santa Clara County Superior Court as an Expert in Police Practices, Training, Use of Force, Handcuffing & Impact Weapons markings for Defense. (2004)

Retained by Harry S. Stern as Use of Force, Training, Tactical & Jail Expert in People v. Neville case. Certified & testified in Shasta County Superior Court as Expert in Use of Force, Police Practices & Oleoresin Capsaicin for Defense. (2005)

Retained as Use of Force & Police Practices expert by Teresa McCann O'Connor in State of Montana v. Gregory Jacobs case. Certified & testified as expert in 13th Judicial Court of Montana in Use of Force, Police Practices & Training for Defense. (2005)

Retained as Use of Force & Training Expert in People v. Fuher by Robert J. Peters. Certified & Testified as expert in San Joaquin County Superior Court in Use of Force & OC for Defense. (2006)

Retained by Harry S. Stern, Certified & Testified as Use of Force Expert in Madera County Superior Court in People v. Ryan Cosyns case for Defendant. (2006)

Retained by Mike Rains, Certified & Testified as Use of Force Expert in San Mateo County Superior Court for Defendant in People v. Esqueda case. (2007)

Retained by Deputy DA Brooke Bergman Madera County as Use of Force Expert in People v. Myers case for Prosecution. (2008)

Retained by Assistant DA Steve Wagstaffe as Use of Force Expert in People v. Alvarez case. <u>Certified & Testified as Expert in Use of Force, Police Training, Police Policies & Procedures, Firearms, Impact Weapons, Impact Weapon Markings, Defensive Tactics, Critical Incident Stress for Prosecution. (2009)</u>

Retained by Placer County Public Defender's Office Michael W. Sganga as Use of Force and Police Practices Expert in People v. St. Clair case for Defendant. (2009)

Retained by Mike Rains as Training & Perishable Skills expert in People v. Mehserle case for Prosecution. (2010)

Retained by Jonathan McDougall of the San Mateo County Public Defender's Office as a Tactical Expert in People v. Youshock case. <u>Certified & Testified as an Expert in SWAT and Police Tactics in San Mateo County Superior Court for Defendant. (2011)</u>

Retained by Christopher J. Shea Law Firm as an Expert in People v. Augustus case in Sonoma County Superior Court. <u>Certified & Testified as an Expert in Use of Force, Police Practices & Training in Sonoma County Municipal Court for Defendant. (2011)</u>

Retained by Aaron Fitzgerald of the San Mateo County District Attorney's Office as Use of Force Expert in People v. Rapada case. <u>Certified & Testified as Use of Force Expert </u>in San Mateo Superior Court. (2013)

Retained by William R. Rapoport as Use of Force, Training & Police Practices expert in People v. Tyson Powers case Madera County. (2016)

## <u>Civil Court, Civil Service Commissions, Arbitrations:</u>

Retained by Troy Overton of Coddington, Hicks & Danforth as Police Practices Expert in O.C. case for City of San Mateo, Taimani v. City of San Mateo for Defendant. (1997)

Appointed by Dennis Keller of Keller & Amara as Special Weapons & Tactics expert in SWAT case involving the shooting of a dog for Placer County. <u>Deposed as SWAT expert for Defense.</u>

Retained by Timothy Schmal of Burton, Volkmann & Schmal in Diggins v. City of Los Altos. <u>Certified, and Testified as Police Practices Expert and Electrical Restraint Device Expert in Santa Clara County Superior Court for Defendant. (1999)</u>

<u>Retained and Deposed as Use of Force, Training, and Weaponless Defense Expert for Defense</u> by Placer County Counsel David Huskey in "Hair Pull Takedown" case, Shields v. County of Placer.

Curriculum Vitae David A. Rose

Retained by Timothy Schmal of Burton, Volkmann & Schmal in Disturbance Family Violence Entry and Use of Force case, Borg & Price v. City of Los Altos.
Deposed, Qualified and testified as Expert in Federal Court in San Jose on video as Police Practices and Use of Force Expert for Defendant. (2000)

Retained as Use of Force & Training Expert by Lisa Berkowitz of the City & County of San Francisco Attorney's Office in Christopher Patrick v. Barry Young case.
Deposed, Qualified & Testified as Expert in Use of Force & Training in San Francisco Federal Court for Defendant. (2001)

Appointed by Dennis Keller of Amara & Keller as Use of Force and Training Expert in Peterson v. County of Placer for Defense.

Retained & Deposed as SWAT, and Training Expert by Sacramento Senior City Attorney Bruce Cline & Gustavo Martinez in Harris v. City of Sacramento shooting case for Defense. (2001)

Retained as Use of Force & Police Practices expert by Sacramento City Attorney Gerald Hicks in Hunter v. City of Sacramento for Defense. (2001)

Retained as Police Practices and Use of Force Expert by Margarita Gutierrez of the City & County of San Francisco in the Xavier v. City and County of San Francisco case.
Qualified and Testified as Police Practices, Use of Force & Jail Expert in Oakland Federal Court for Defendant. (2001)

Retained and Deposed as SWAT expert for Defense by Greg Fox of Bertrand, Fox, Elliot & Colwell in Sepulveda v. City of Modesto fatal shooting case. (2002)

Retained, Deposed, Certified as an Expert in Fresno Federal Court as Use of Force and Police Practices Expert for Defendant by AUSA Kirk Sherriff of the Fresno Office in Pagan v. Department of the Interior OC use case. (2003)

Retained as Police Procedures Expert by Richard W. Osman of Bertrand, Fox & Elliot in the Thurman v. City of Vacaville shooting case for Defense. (2003)

Retained as Police Procedures Expert by Richard W. Osman of Bertrand, Fox & Elliot in the Gilmore v. City of Vacaville shooting case for Defense. (2003)

Retained and Deposed as Consultant and Police Practices and Jail Expert for Defense by San Francisco Deputy City Attorney Scott D. Wiener in Little v. City and County of San Francisco Booking Room Cell Extraction Use of Force case. Summary judgment granted. (2003)

Retained as Police Practices Expert by Deputy City Attorney James Wilson in the Pintar v. City of Sacramento case for Defense. (2004)

Retained as Police Practices Expert by Michael Serverian of Rankin, Landsness, Lahde, Serverian & Stock in the Kyne v. City of Santa Clara case for Defense. Case settled. (2004)

Retained by Peter Goodman as Physical Injury Expert in Gohstand v. Leeper and Stahle and People v. Leeper and Stahle. Case settled for Defendant. (2004)

Retained by Assistant City Attorney Matt Ruyak as Use of Force & Police Practices expert in Critical Mass v. City of Sacramento case for Defense.(2005)

Retained by Jennifer Addams as Use of Force, Police Practices & Training Expert in Espinoza v. City of Daly City case for Defense. (2005)

Retained by Senior Deputy City Attorney Gerald Hicks as Use of Force, Police Practices and Crowd Control Expert in Beverly Dove v. City of Sacramento for Defense. (2005)

Retained by Wayne Maire as Police Practices expert in (Plaintiff) Aubrey v. Morgan, Tehama County et. al. case.  Deposed as Police Practices expert for Plaintiff.  Case settled. (2005)

Retained by David E. Mastagni, Jr. as Police Practices & Use of Force expert in Sacramento Police Department arbitration hearing involving Officer Paul Grant for Defense. (2005)

Retained by Paul Goyette of Goyette & Associates certified & testified as Police Practices, Use of Force & Training expert for Defense in arbitration case of Michael Griggs & San Joaquin County Sheriff. (2006)

Retained by Robert Peters, certified & testified as Use of Force, OC & Training expert for Defense in arbitration case of Gregory Fuhr & San Joaquin County Sheriff. (2006)

Retained by Rafael A. Icaza of Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer, certified and testified as Police Practices, Use of Force & Jail expert for Defense in Zahrod Griffin arbitration in Alameda County.  (2007)

Retained by Paul Goyette of Goyette & Associates as Use of Force expert in Coleman & Van Dalen arbitrations in Fresno County for Defense. (2007)

Retained by Deputy City Attorney Blake Loebs as Jail, Use of Force and Cell Extraction expert in Bates, et al. v. CCSF case for Defense. (2007)

Retained as Martial Arts expert by Michael S. Helsley of Sagaser, Jones & Helsley in Ramirez/Xiong v. CARTS. (2007)

Retained by William R. Rapoport as Use of Force, & OC expert in arbitration case of  Bouza and Foster City Police Department. Certified & testified as expert in Use of Force and OC for Defense in arbitration hearing. (2007)

Retained by Eileen C. Burke as Use of Force & Police Practices expert in <u>Plaintiff</u> Medora v. CCSF. (2007)

Retained by Rick Simons of Furtado, Jaspovice & Simons as Use of Force expert in shooting case of <u>Plaintiff</u> Davis Jr. v. City of Oakland. (2007)

Retained by Mastagni Law Firm as Use of Force & Jail Expert in arbitration case of Dow and Placer County Sheriff's Office for <u>Defense. (2007)</u>

Retained by Harry Stern and <u>certified & testified as Use of Force & OC expert for Defense</u> in arbitration case of Neville and Shasta County Marshal's office. (2007)

Retained as Use of Force, Canine, Police Practices expert by Dean B. Gordon in Philip v. County of Kern for <u>Plaintiff</u>. (2007)

Retained by Robert S. Aaron of Aaron & Wilson in <u>Plaintiff</u> Avelar v. Youth & Family Enrichment Services.  <u>Deposed as Jail Procedures & Police Practices expert.</u> (2008)

Retained by Chris Miller of Mastagni Law Firm <u>certified & testified as Use of Force, Jail, Training & Cell Extraction expert for Defense</u> in arbitration case of Donald Black v. Sacramento County Sheriff's Office. (2008)

Retained by Deputy County Counsel James Stone of Merced County as Use of Force, Jail & Training Expert in Cowden v. County of Merced case for <u>Defense</u>. (2008)

Retained by Sean D. Howell of Mastagni Law Firm in Doug Heron v. Sonoma County Probation Department Civil Service Hearing as Use of Force Expert. <u>Certified & testified as Expert in Use of Force, Cell Extractions, OC, Police Training, Defensive Tactics, Critical Incident Stress for Defense.</u> (2009)

Retained by William R. Rapoport as Use of Force, Training & Police Practices expert in B.A.R.T. v. Pirone arbitration. <u>Certified & testified as Expert in Use of Force, Weaponless Defense, Defensive Tactics, Police Practices & SWAT for Defense.</u> (2009)

Retained by Edward Merrill as Use of Force, Training, Police Practices, & Taser expert in Oregon Federal Court case of Woodring v. City of Sandy, Oregon case for <u>Plaintiff.</u>. Case settled after expert witness report submitted. (2010)

Retained by Bradley A. Post of Borton Petrini law firm as Police Practices expert in Kassey v. City of Turlock case for <u>Defense</u>. (2010)

Retained by Alison Berry Wilkinson as Use of Force, Training & Police Practices expert in B.A.R.T. v. Domenici arbitration. <u>Certified & testified as Use of Force, Training, Police Practices, & Tactics expert for Defense.</u> (2010)

Retained by Kasey Clark as an expert in Police Tactics and Off-Duty actions in D.O.J. v. Hansen dismissal case. <u>Certified and testified as Expert in Defensive Tactics and Use of Lethal Force for Defense.</u> (2010)

Retained by Steven Welty of Mastagni Law Firm, <u>Certified & Testified as Use of Force, Training, & Body Weapons Markings expert for Defense</u> in Arbitration hearing for William Teague v. City of Stockton. (2010)

Retained by Will Creger of Mastagni Law Firm, <u>Certified & Testified as Use of Force, Training, Juvenile Hall Procedures, Critical Incident Stress expert for Defense</u> in Kuryllo v. County of Sacramento Probation Department Arbitration. (2010)

Retained by James Carr of Mastagni Law Firm, <u>Deposed as Police Practices, Training, & Use of Force expert in Newman & Butler v. San Joaquin Delta Community College Police Department for Defense.</u> (2011)

Retained by Cort Wiegand Law Office, <u>Deposed as Use of Force, Police Practices & Canine Use expert in Hicks v. Stanislaus County, Deputy T. Faro et al., Certified & Testified as Use of Force, Police Practices, & Canine Practices expert for Plaintiff.</u> (2011)

Retained by Sean Currin of Mastagni Law Firm, <u>Certified and Testified as Use of Force & Critical Incident Stress Expert for Defense</u> in arbitration case of Terrell v. Sacramento County Probation Department. (2012)

Retained by Mark Kruger, <u>Certified & Testified as Police Practices, Internal Affairs Investigations, Witness Perceptions, Body Weapon Markings, Training Expert for Defense</u> in Quiring v. CDCR arbitration State Personnel Board Hearing. (2012)

Retained by Louis Silver of Silver & Katz, <u>Certified & Testified as Police Practices, Training, Use of Force, Witness Perceptions Expert for Defense</u> in Civil Service Hearing in Robles v. Santa Clara County case. (2013)

Retained by Chris Miller of Mastagni Law Firm, <u>Certified & Testified as Use of Force, Juvenile Hall Procedures, Training expert for Defense</u> in James Ford v. Sacramento Probation Department Arbitration. (2013)

Retained by Mark Kruger, <u>Certified & Testified as Use of Force, Choking, and Carotid Control Expert</u> in Miller v. Tracy arbitration hearing. (2014)

Retained by William R. Rapoport as Use of Force & Police Practices Expert in Wanda Johnson et al. v. B.A.R.T. case. (2014)

Retained by Manolo Olaso of Griffin Law Firm, <u>Deposed as Use of Force & Taser Expert</u> in Boarman v. County of Sacramento case for <u>Plaintiff.</u>(2014)

Curriculum Vitae David A. Rose                                                                     16

Retained by Aaron Cohen Legal Counsel for CCPOA, <u>Certified & Testified as Use of Force and Impact Weapon/Body Weapon Marking Expert</u> in State Personnel Board Hearing Alexander v. Ivicevich. (2014)

Retained by David Mastagni Jr., <u>Certified & Testified as Use of Force & Body Weapons Marking Expert</u> in Robert Johnson v. Stockton PD Arbitration. (2014)

Retained by Alison Berry Wilkinson, <u>Certified & Testified as Use of Force, Carotid, Choking & Body Weapons Marking Expert</u> in Tim Brown v. Tracy PD Arbitration case. (2014)

Retained by Kasey Clark, California Statewide Law Enforcement Association as a Use of Force & Police Practices Expert in Adicoff & Monelo SPB case. (2015)

Retained by Bruce Kilday of Angelo, Kilday & Kilduff as a Use of Force & Police Practices Expert in the Arias v. city of Woodland et al case. (2015)

Retained by Joe Rose of Joe Rose Law as Use of Force, Jail Procedures, Police Practices, Defensive Tactics expert in Civil Service Appeal Hearing in Hensheid v. El Dorado County Sheriff case. <u>Certified & Testified as Use of Force, Jail Practices, Defensive Tactics Expert.</u>(2015)

Retained by Joe Rose of Joe Rose Law as a Use of Force & Police Practices Expert in Owen v. CDFW Appeal case. (2015)

Retained by Steve Welty of Mastagni Law Firm as a Use of Force & Police Practices Expert in Thanh Nguyen v. CSU Monterey Adminstrative case. (2015)

Retained by Judith Odbert of Mastagni Law Firm as Use of Force, Police Practices, Training expert in Josh Klinge South Lake Tahoe PD Force case. (2015).

Retained by David Mastagni Jr. of Mastagni Law Firm as Use of Force, Police Practices, Training and Carotid Control expert in use of force incident involving Matthew Garlick in Stockton PD evaluation case. (2016)

Retained by Carrie A. McFadden of Angelo, Kilday & Kilduff, LLP as a Use of Force, Training and Police Practices expert in Rogers, et al. v. Morawcznski, et al. case. (2016)

Retained by Beau Weiner of Weiner Martinez, LLP as Plaintiff's Use of Force Expert in Jurgens v. California Highway Patrol case. (2016)

Retained by Robert L. Baumann of Adams, Ferrone & Ferrone as Use of Force expert in Luis Casillas Use of Force/OIS arbitration case. <u>Certified & Testified as Use of Force Expert.</u> (2016/2017))

Retained by Cort V. Wiegand as Plaintiff's Use of Force/Police Practices expert in People v. Wylam case. Advised attorney to not proceed. (2016)

Retained by Robert L. Baumann of Adams, Ferrone & Ferrone as Use of Force expert in Rudy Alarcon administrative appeal case. (2016)

Retained by Gregory B. Thomas of Boornazian, Jensen & Garthe as Jail Expert in Frausto v. Alameda County case. (2016)

Retained by Kevin J. Dehoff of Angelo, Kilday & Kilduff as Use of Force Expert in Boone v. City of Galt, et al. case. (2017)

Curriculum Vitae David A. Rose