UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE D. SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER JOHN GIOVANNINI, et al.,<br><br>    Defendants. | No. 2:15-cv-1410 DB PS<br><br><br>ORDER |

The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (ECF No. 27.) On June 23, 2017, the parties filed a stipulation to continue the deadlines for the completion of discovery and law and motion. Good cause appearing, the parties' stipulation will be granted. However, the continuation of the deadlines for the completion of discovery and law and motion necessitate the continuation of the other deadlines set in this action.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The parties' June 23, 2017 stipulation (ECF No. 42) is granted as modified below;

2. Discovery shall be completed by **October 13, 2017**.[1]

---

[1] The parties are reminded that the word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.

1

3. All pretrial motions, except motions to compel discovery, shall be completed by **November 17, 2017**[2];

4. The December 15, 2017 final pretrial conference is continued to **Friday, January 26, 2018**, at 1:30 p.m. in courtroom no. 27 before the undersigned; and

5. The February 26, 2018 jury trial is continued to **Monday, March 26, 2018** at 9:00 a.m. in courtroom no. 27 before the undersigned.

Dated: June 29, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.consent\smith1410.stip.cont.sched.ord

---

[2] The parties are reminded that the word "completed" in this context means that all law and motion matters must be heard by the above date.