UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE D. SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER JOHN GIOVANNINI, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-1410 DB PS<br><br><br>ORDER |

　　　　This matter came before the court on December 22, 2017, for the hearing of defendant's motion for summary judgment. Plaintiff Wayne Smith appeared on his own behalf. Attorney Gregory Warner appeared on behalf of the defendant.[1]

　　　　Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

　　　　1. The January 26, 2018 final pretrial conference and March 26, 2018 jury trial dates are vacated[2]; and

////

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (ECF No. 27.)

[2] These dates will be reset, if necessary, after the resolution of defendant's motion for summary judgment.

1

2. Defendant's October 17, 2017 motion for summary judgment (ECF No. 44) is taken under submission.

Dated: December 22, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.consent\smith1410.oah.122217