UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE D. SMITH,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER JOHN GIOVANNINI, et al.,<br><br>Defendants. | No. 2:15-cv-1410 DB PS<br><br><br><br>ORDER |

On August 24, 2018, the court issued an order requiring each party to file a status report addressing whether this matter should be set for a settlement conference.[1] (ECF No. 60.) The parties have filed their status reports. (ECF Nos. 61 & 62.) Having reviewed the parties' status reports, the court will set this matter for a status conference.

Accordingly, IT IS HEREBY ORDERED that:

1. A Status Conference is set for **Friday, November 2, 2018, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (ECF No. 27.)

1

1     2. All parties are required to appear at the Status Conference, either by counsel or, if proceeding in propria persona, on his or her own behalf; and

3. At the Status Conference the parties should be prepared to discuss; (1) whether this matter should be set for a settlement conference or proceed directly to a final pretrial conference; and (2) whether the party will stipulate to the undersigned acting as the settlement judge, waiving any disqualification by virtue of her so acting.

Dated: October 3, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.consent\smith1410.stat.conf.ord

2