UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE D. SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER JOHN GIOVANNINI, et al.,<br><br>    Defendants. | No. 2:15-cv-1410 DB PS<br><br><br>ORDER |

This matter came before the undersigned on November 2, 2018, for a status conference.[1] (ECF No. 64.) Plaintiff Wayne Smith appeared on his own behalf and attorney Julia Reeves appeared on behalf of the defendants. At the status conference, the parties agreed that this matter should be set for a settlement conference before the undersigned.[2]

////

////

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (ECF No. 27.)

[2] The parties have waived any disqualification of the undersigned acting as the settlement judge. (ECF Nos. 61 & 65.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. A Settlement Conference is set for **February 13, 2019, at 10:00 a.m. in Courtroom No. 27** before the undersigned. The parties are directed to submit Confidential Settlement Conference Statements to the Court **seven days prior** to the Settlement Conference. Defense counsel may email the statement using the following email address: dborders@caed.uscourts.gov. Plaintiff may submit the statement by mail to the Clerk's Office to the attention of Judge Barnes. Such statements are neither to be filed with the Clerk nor served on opposing counsel; however, each party shall file a one-page document entitled Notice of Submission of Confidential Settlement Conference Statement. Each party is reminded of the requirement that it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the conference on any terms. See Local Rule 270.

2. An Informal Telephonic Conference is set for **February 11, 2019, at 02:30 pm** in the Chambers of Magistrate Judge Deborah Barnes. To access the conference call, parties are instructed to call the following toll-free number from a land line: (877) 336-1828, and enter access code: 1864917 plus (#) and follow the prompts.

Dated: December 3, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.consent\smith1410.set.conf2.ord